U.S. MAGISTRATE JUDGE BARRY S. SELTZER - FORT LAUDERDALE

**DEFT:** Douglas McCloud (J)#
**AUSA:** Roger Stefin  *present*
**AGENT:**
**PROCEEDING:** Initial Appearance
**BOND HEARING HELD** - yes / (no)
**BOND SET @** $250,000 Corp surety w/ nebbia

**CASE NO:** 00-4006-BSS
**ATTNY:** Darryl Wilcox
**VIOL:** Conspiracy to PWID cocaine
**BOND REC:** PTD
**COUNSEL APPOINTED:** FPD

FILED by ___ D.C.
JAN 1 8 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

**CO-SIGNATURES:**
**SPECIAL CONDITIONS:**

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) Halfway House ___ Electronic Monitoring ___

- advised of charges
- will need ct. appointed
- sworn for counsel
- has no legal status in USA
- will seek INS detainer

No Bond hrg held — both sides stipulate to Corp surety bond, reserving right to proceed wt. PTD hrg at a later date

**NEXT COURT APPEARANCE:** DATE: TIME: JUDGE
**INQUIRY RE COUNSEL:**
**PTD/BOND HEARING:**
**PRELIM/ARRAIGN. or REMOVAL:** 1-28-00  11:00am  BSS
**STATUS CONFERENCE:**
**DATE:** 1-18-00  TIME: 11:00am  TAPE # 00-802 PG 8

1536