COURT MINUTES

FORT LAUDERDALE

00-6022-cr-Hurley

DEFT: Douglas McCloud (J)#    CASE NO: ~~00-4006-LSS~~
AUSA: Roger Stefin  *present*    ATTNY: FPD Darryl Wilcox
AGENT: ___    VIOL: ___
PROCEEDING: ~~Prelim~~/Arraignment    BOND REC: ___

REC'D by ___ D.C.
INTAKE
JAN 31 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

BOND HEARING HELD - yes/no    COUNSEL APPOINTED: ___
___ BOND SET @ ___
CO-SIGNATURES: ___
SPECIAL CONDITIONS: ___

FILED by ___ D.C.
JAN 31 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random urine testing by Pretrial Services. ___ Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew: ___
11) Travel extended to: ___
12) ___ Halfway House ___
    ___ Electronic Monitoring ___

Reading of indictment waived
Not guilty plea entered
[illegible]
[illegible] requested

NEXT COURT APPEARANCE:    DATE:    TIME:    JUDGE:
INQUIRY RE COUNSEL: ___
PTD/BOND HEARING: ___
PRELIM/ARRAIGN. OR REMOVAL: ___
STATUS CONFERENCE: 2-28-00 9:30am WPB/ASV
DATE: 1-28-00    TIME: 11:00am    TAPE # 00-01/ PG #

10319