UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-Hurley

UNITED STATES OF AMERICA

vs

Douglas McCloud

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S Seltzer on      1-28-00      , where the Defendant was arraigned and plea of NOT GUILTY was entered. Defendant and court-appointed/retaine counsel of record will be noticed for trial by the District Court Judo assigned to this case. The following information is current as of this date

DEFENDANT:                Address:_IN CUSTODY_____

                          _____

                          Telephone:_____

DEFENSE COUNSEL:.         Name:_____FPD_____

                          Address:_____

                          _____

                          Telephone:_____

BOND SET/CONTINUED:       $_____Cont'd in custody_____

Bond hearing held:  yes_____  no_____  Bond hearing set for_____

Dated this___28____day of _____January_____, 20_00_.

CLARENCE MADDOX
COURT ADMINISTRATOR/ CLERK

By:_____
Deputy Clerk

Tape No._____00-011_____

cc: Clerk for Judge
    U. S. Attorney