ps

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISON

CASE NO. 00-6022-CR-HURLEY/SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

    v.

DOUGLAS McCLOUD,

    Defendant.

_____/

## NOTICE OF REASSIGNMENT

The above captioned case has been reassigned to the Assistant Federal Public Defender specified below.

Please send all notices and inquiries to this attorney at the address listed below.

    KATHLEEN M. WILLIAMS
    FEDERAL PUBLIC DEFENDER

    By: _____
    Leon D. Watts
    Assistant
    Federal Public Defender
    Attorney for Defendant
    Florida Bar No. 195374
    400 Australian Ave., Suite 300
    West Palm Beach, Florida 33401
    Telephone: (561) 833-6288
    Fax:(561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this /3t day of February, 2000, to Assistant United States Attorney Roger Stefin, 500 E. Broward Boulevard, Ft. Lauderdale, FL.

Leon D. Watts