UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 00-6022-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

Plaintiff,

v.

DOUGLAS McCLOUD, CHARLES
LLEWLYN, CHRISTOPHER GILBOURNE,
EDWARD DANY, and DORRELL BRYAN,

Defendants.
_____/



## MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT McCLOUD

Comes now the Office of the Federal Public Defender for the Southern District of Florida, by and through undersigned counsel, and files this its motion to withdraw as counsel for the defendant Douglas McCloud, and in support thereof states as follows:

1. The Office of the Federal Public Defender for the Southern District of Florida was appointed to represent the defendant in this case on January 18, 2000.

2. Undersigned counsel recently learned that the Federal Public Defender's Office also presently represents an individual who is a government cooperating witness in this case. Thus a conflict of interest exists which would preclude the Office of the Federal Public Defender from further representing the defendant in this case.

3. Counsel has advised Assistant United States Attorney Roger Stefin of this motion and anticipates that he does not have any objection to the court granting same.

WHEREFORE, undersigned counsel prays that this court will enter an order granting this



motion and appoint counsel for the defendant by separate order.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

Leon Daniel Watts
   Assistant
Federal Public Defender
Attorney for the Defendant
Florida Bar No. 195374
400 Australian Ave., Suite. 300
West Palm Beach, FL 33401
Telephone: (561) 833-6288
Fax: (561) 833-0368

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was mailed this 22nd day of February, 2000, to the following: Assistant United States Attorney Roger Stefin, 500 E. Broward Boulevard, Suite 700, Ft. Lauderdale, FL 33394; Phillip Horowitz, Esquire, 12651 S. Dixie Highway, Suite 328, Miami, FL 33156; David P. Rowe, Esquire, 18800 N.W. 2nd Avenue, Suite 105-A, Miami, FL 33169; Abe A. Bailey, Esquire, 18350 N.W. 2nd Avenue, 5th Floor, Miami, FL 33169; Arthur Marchetta, Esquire, 915 Middle River Drive, Suite 401, Fort Lauderdale, FL 33304; Paul McKenna, Esquire, 2666 Tigertail Avenue, Suite 104, Miami, FL 33133.

Leon Daniel Watts