UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

CASE NO. 00-6022-CR-HURLEY/VITUNAC

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DOUGLAS McCLOUD, CHARLES
LLEWLYN, CHRISTOPHER GILBOURNE,
EDWARD DANY, and DORRELL BRYAN,

    Defendants.
_____/



### ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT McCLOUD

THIS MATTER came before the court upon defendant's motion to withdraw as counsel for defendant McCloud, and the court having been duly advised in the premises, it is hereby

ORDERED AND ADJUDGED that the Office of the Federal Public Defender's motion to withdraw as counsel for defendant McCloud is hereby **granted**, and it is further

ORDERED AND ADJUDGED that new counsel shall be appointed by separate order of the court.

DONE AND ORDERED in Chambers, this 24 day of February, 2000, at West Palm Beach, Florida.

                                                     _____
                                                   Daniel T.K. Hurley
                                                   United States District Court Judge  Magistrate

cc:    Leon D. Watts, AFPD
        Roger Stefin, AUSA
        Phillip Horowitz, Esquire
        David P. Rowe, Esquire
        Abe A. Bailey, Esquire
        Arthur Marchetta, Esquire
        Paul McKenna, Esquire