# COURT MINUTES

U.S. MAGISTRATE JUDGE **LINNEA R. JOHNSON**   DATE: 2/28/00   TIME: 10:00 AM

DEFT. 3) DOUGLAS McCLOUD   CASE NO. 00-6022-CR-HURLEY
(Defendant not needed)

AUSA. ROGER STEFIN   ATTY. FEDERAL PUBLIC DEFENDER

AGENT.   VIOL. CONSP/PWID COCAINE 21:846

PROCEEDING STATUS RE: DISCOVERY   BOND.

DISPOSITION Transcripts of tapes will be provided. Estimated trial time - 5 days.

DATE: 2/28/00   TAPE: LRJ-00- 15-142