TO: THE HONORABLE DANIEL T. K. HURLEY
UNITED STATES DISTRICT JUDGE

RE: UNITED STATES OF AMERICA v. ___DOUGLAS McCLOUD___

CASE NO. __00-6022__ CR-HURLEY

THIS CAUSE came on for Pre-Trial Status Conference on __February 28, 2000__.

The parties report as follows

____ There are no pending motions for pre-trial determination

_✓_ The following motions are pending before the assigned Magistrate Judge:

*There are two discovery motions pending — filed by a co-defendant*

____ The following motions are pending and appropriate for resolution by the District Court at time of trial:

____ There are no discovery problems.

____ The case is likely to settle by plea. *It is too early to determine whether or*

____ The case is ready for trial and not likely to settle by plea. *not the case will plead*

____ The parties estimate trial will take __5__ days to complete.

____ Other comments: *The government is preparing transcripts but has not completed them*

Respectfully submitted,

_____
LINNEA R. JOHNSON
UNITED STATES MAGISTRATE JUDGE

cc: District Judge
    U.S. Attorney's Office
    Defendant