UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES,

    Plaintiff,

vs.

DOUGLAS MCCLOUD,

    Defendant.
_____/

CASE NO.: 00-6022 Cr Hurley

FBN: 319244

TO: Roger Stefin, Esq.
    Assistant United States Attorney
    500 East Broward Blvd.
    Suite 700
    Fort Lauderdale, FL 33394

### NOTICE OF HEARING

PLEASE BE ADVISED this cause has been scheduled as follows:

**CHANGE OF PLEA**

before the Honorable Daniel T.K. Hurley, Judge of the above-styled Court, United States District Court, 701 Clematis Street, West Palm Beach, FL, courtroom 5, on Friday, June 2, 2000 at 3:00 p.m. or as soon thereafter as same may be heard.

    I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this __4__ day of May, 2000 to the above-named addressee(s).

    Respectfully submitted,

    Russell K. Rosenthal, Esq.
    1925 Brickell Avenue, Suite D207
    Miami, Florida 33129

    BY: _____
        Russell K. Rosenthal, Esq.