UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-MIDDLEBROOKS / Hurley

FILED by HC D.C.
MAY 11 2000
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

UNITED STATES OF AMERICA,
    Plaintiff,
vs.

Douglas McCloud,
    Defendant.
_____/

**NOTICE OF SENTENCING DATE**

TO: DEFENDANT, DEFENSE COUNSEL, AND U.S. ATTORNEY'S OFFICE

   By direction of the Honorable DONALD M. Middlebrooks, United States District Judge, YOU ARE HEREBY ORDERED to appear in the United States District Court for the Southern District of Florida on 8/9/00 at 4:30 PM for imposition of sentence. On the date, report to the U.S. District Courthouse, 301 N. MIAMI AVE, 10TH FLOOR, MIAMI, FLORIDA, where sentence will be imposed. You will receive no further notice.

   If the above-named defendant has executed a bond with this Court, let this notice advise the defendant that failure to appear as directed herein could result in his being charged with a violation of the Comprehensive Crime Control Act (18 U.S.C. Sec. 3146), which carries a maximum sentence of up to ten (10) years imprisonment and a fine of $25,000, or both, if convicted.

   IT IS FURTHER ORDERED that a Presentence Investigation and Report to this Court will be completed. DEFENSE COUNSEL ARE TO REPORT THIS DATE TO THE UNITED STATES PROBATION OFFICE FOR INTERVIEW AND FURTHER INSTRUCTIONS. IF ON BOND, THE DEFENDANT SHALL REPORT ALSO.

   IT IS FURTHER ORDERED that the U.S. Attorney's Office immediately provide the U.S. Probation Office the necessary information to prepare the Prosecution Section of the Presentence Report.

DATED: 5-11-00

COUNSEL: Russell Rosenthal

GOVERNMENT: Roger Stefin

GUILTY PLEA (✓)

TRIAL ( )

CLARENCE MADDOX, CLERK

By: Joyce Walden
    Courtroom Deputy

ON BOND ( )

FEDERAL CUSTODY (✓)