```
                                    UNITED STATES DISTRICT COURT
                                    SOUTHERN DISTRICT OF FLORIDA
```

UNITED STATES,                          CASE NO.: 00-6022 Cr ~~Hurley~~ Middlebrooks

    Plaintiff,                          FBN: 319244

vs.

DOUGLAS MCCLOUD,

    Defendant.
_____/

### EMERGENCY MOTION FOR CONTINUANCE

    The Defendant, DOUGLAS MCCLOUD, by and through undersigned counsel moves this Honorable Court for a continuance of the sentencing date and as grounds therefore states:

    1.  This matter is scheduled for sentencing on Wednesday, August 9, 2000 at 4:30 p.m.

    2.  Undersigned counsel has been called to trial in the case of <u>State of Florida vs. Corey Johnson</u>, case number F99-34237 before the Honorable Alex Ferrer.

    3.  This case involves allegations of sexual battery and armed robbery and is expected to last through Monday, August 14, 2000. Judge Ferrer has indicated that this trial will be in session until approximately 7:00 p.m. every day.

    4.  Based upon this conflict, the undersigned is unavailable for this sentencing date.

    5.  Undersigned counsel has been unsuccessful in his attempts to contact Assistant United States Attorney Roger Steffin regarding



his position on this matter.

WHEREFORE, the Defendant, DOUGLAS MCCLOUD, moves this Court for a continuance of the sentencing date.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this __8__ day of August, 2000 to Roger Steffin, Esq., Assistant United States Attorney, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, FL, 33301

Respectfully submitted,

Russell K. Rosenthal, Esq.
1925 Brickell Avenue, Suite D207
Miami, Florida  33129
(305) 857-9220
FBN: 319244

BY: _____
    Russell K. Rosenthal, Esq.