UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

DOUGLAS MCCLOUD,

    Defendant(s).

_____/

**ORDER**

FILED by _____ D.C.
AUG 0 9 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

THIS CAUSE has come before the Court upon the Defendant's Emergency Motion for Continuance, filed August 8, 2000. The Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Motion is **GRANTED**. The Sentencing Hearing is rescheduled for September 6, 2000 at 4:30 p.m. in Miami, Florida.

DONE AND ORDERED at Miami, Florida, this _____ day of August, 2000.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Russell Rosenthal, Esq.
       Roger Stefin, AUSA
       U. S. Pretrial Services Office
       U. S. Probation Office
       U. S. Marshals Service

