UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA, )
)
      Plaintiff, )
)
v. )
)
DOUGLAS MCLEOD, )
)
      Defendant. )
_____)



GOVERNMENT'S MOTION PURSUANT TO
5K1.1, SENTENCING GUIDELINES

    COMES NOW, the United States of America, by and through the undersigned Assistant United States Attorney, and states, pursuant to Rule 5K1.1 of the Sentencing Guidelines, that the defendant, Douglas Mcleod has provided substantial assistance in the investigation and prosecution of others who have committed an offense.

Wherefore, the United States requests that the defendant be given consideration for his cooperation.

Respectfully submitted,

GUY E. LEWIS
UNITED STATES ATTORNEY

By: _____
ROGER H. STEFIN
Assistant United States Attorney
Florida Bar No. 287334
500 East Broward Blvd, Suite 700
Fort Lauderdale, Florida  33394
(954) 356-7255, ex. 3558
Fax. No. (954) 356-7336

Certificate of Service

I hereby certify that a true and correct copy of the foregoing was hand delivered this 6th day of September, 2000, to: Russell Rosenthal, Esq., attorney for defendant Mcleod.

_____
ROGER H. STEFIN
Assistant United States Attorney