FILED by ___ D.C.
SEP 07 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

SENTENCING MINUTES
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE # 00-6022-CR

DEFENDANT Douglas McCloud    JUDGE Middlebrooks

Deputy Clerk Joyce Walden    DATE 9-6-00

Court Reporter Roger Watford    USPO Theresa Bradman

AUSA Roger Stefin    Deft's Counsel Russell Rosenthal

COUNTS DISMISSED _____
___ Deft. Failed to Appear - Warrant to be Issued - Bond Forfeited.

___ Sentencing cont'd until __/__/__ at _____ AM / PM

**JUDGMENT AND SENTENCE**

| Imprisonment | Years | Months | Counts |
|---|---|---|---|
| | | 88 | |

Gov't's
m/5K1.1
reduction
is granted

Supervised Release 5 yrs. (deportation clause)

| Probation | Years | Months | Counts |
|---|---|---|---|

Comments _____

Assessment $ _____    Fine $ No fine imposed
                                    Unable to pay

Restitution /Other _____

**CUSTODY**
✓ Remanded to the Custody of the U.S. Marshal Service    ___ Release on bond pending appeal

___ Voluntary Surrender to (designated institution or U.S. Marshal Service) on __/__/__

Commitment Recommendation: _____