FILING FEE
PAID  No
In Forma Pauperis  Yes
"Clarence Maddox, Clerk"

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASENO.: 00-6022 Cr
             Middlebrooks

Plaintiff,                          FBN: 319244

vs.

DOUGLAS MCCLOUD,

Defendant.
_____/

## NOTICE OF APPEAL

NOTICE is hereby given that **DOUGLAS MCCLOUD**, the Defendant in this cause, enters this appeal to the United States Court of Appeals for the 11th Circuit appealing his judgment and sentence in this cause entered on September 6, 2000 and properly preserving all issues for appeal.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 15 day of September, 2000 to Roger Steffin, Esq., Assistant United States Attorney, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, FL, 33301

Respectfully submitted,

Russell K. Rosenthal, Esq.
1925 Brickell Avenue, Suite D207
Miami, Florida 33129
(305) 857-9220
FBN: 319244

BY: _____
Russell K. Rosenthal, Esq.