UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES,

    Plaintiff,

vs.

DOUGLAS MCCLOUD,

    Defendant.
_____/

CASENO.: 00-6022 Cr
        Middlebrooks

FBN: 319244

## MOTION TO PROCEED FOR PURPOSE OF APPEAL IN FORMA PAUPERIS

The Defendant, DOUGLAS MCCLOUD, by and through undersigned counsel moves this Court to enter an Order allowing the Defendant to proceed in forma pauperis for purposes of appeal and states as follows:

1. The Defendant was sentenced by this Court on September 6, 2000. A timely Notice of Appeal was filed.

2. The undersigned was appointed to represent the Defendant pursuant to the Criminal Justice Act. The Defendant had previously been declared indigent for the purposes of representation at the trial level. The Defendant's financial situation has not improved subsequent to his incarceration and the Defendant remains indigent and unable to pay for the cost of his appeal. The Defendant requests appointment of counsel for purposes of appeal.

WHEREFORE, the Defendant, DOUGLAS MCCLOUD moves this Court to enter an Order granting him leave to proceed in forma

pauperis for purposes of appeal and appointing counsel for purposes of appeal.

.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was mailed this 15 day of September, 2000 to Roger Steffin, Esq., Assistant United States Attorney, 500 East Broward Blvd., Suite 700, Ft. Lauderdale, FL, 33301

Respectfully submitted,

Russell K. Rosenthal, Esq.
1925 Brickell Avenue, Suite D207
Miami, Florida   33129
(305) 857-9220
FBN: 319244

BY: _____
    Russell K. Rosenthal, Esq.