00-CR-6022
DMM

UNITED STATES DISTRICT COURT, SOUSTHERN DISTRICT OF FLORIDA

UNITIED STATES OF AMERICA.)
)
)
v.                )
)
)
KEITH STERLING,           )
    AKA DOUGLAS MCLOUD, )      NOTICE OF APPEAL
                  DEFENDANT.)

FILED by ___ D.C.
APPEAL
SEP ___ 2000
CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

    Notice is hereby given that Keith Sterling, Defdendant above-named, (pro se) hereby appeals to the United States Court Of Appeals for the Eleventh Circuit from the order of sentencing entered in this action on the __6__, day of September, 2000

Signed: *Keith Sterling 20433-044*
Keith Sterling,20433-044
8-W, FDC, P.O. Box 019120
Miami, Fl 33101-9120



DATE: September 10, 2000

                                    From: Keith Sterling, 20433-044

                                    8-W, FDC, P.O. Box 019120

                                    Miami, Fl 33101-9120

        Ref: <u>U.S. v Keith Sterling, AKA Douglas Mcloud,</u>
                                        Case No. <u>00-6022</u>

TO: ATTORNEY AT LAW
    RUSSEL K. ROSENTHAL
    1925 BRICKELL AVENUE
    MIAMI, FL 33129

    Dear Mr. Rosenthal:
First let Me warmly and respectfully greet You, The Staff Members, Your Secretary and all Others who has been an assistance to My cause.

    I don't mean to be annoying and I hope with prayers that this letter hasn't reached at an unpleasant time and if so ,please accept My profoundest apology and also, My sympathy goes'out toward any occurrences that might have even an iota of unpleasantness.

    Nonetheless and in good faith, I present the fact that recently You verbally implied to Me that You will appeal the Judge decision in regards to <u>the sentencing</u> therefore, I'm sincerely urging You to commence with the filing of a Notice Of Appeal.

    And with good intent (to appeal said sentencing) I've attached My (pro se) NOTICE OF APPEAL, would You "please" assist Me with the appeal that I so desire to have readily and appropriate before the court

        I await Your responseand remains ever trusting,
                YOUR CLIENT: *[signature] Keith Sterling 20433-044*
                                Keith sterling, 20433-044

S.C./ MAILED TO THE COURT.