UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6022-CR-MIDDLEBROOKS

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

                                           **ORDER**

DOUGLAS MCCLOUD,

      Defendant(s).

_____/

FILED by _____ D.C.

SEP 2 6 2000

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S D OF FLA. MIAMI

THIS CAUSE has come before the Court upon the Defendant's Motion to Proceed for

Purpose of Appeal In Forma Pauperis, filed September 15, 2000. The Court being fully advised in

the premises, it is

      ORDERED AND ADJUDGED that the Motion is **GRANTED**.

      DONE AND ORDERED at Miami, Florida, this _25th_ day of September, 2000.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:    Russell Rosenthal, Esq.
       Roger Stefin, AUSA
       Clerk of Court (Appeals Section)