```
                 IN THE UNITED STATES DISTRICT COURT
                FOR THE SOUTHERN DISTRICT OF FLORIDA
                           MIAMI DIVISION


   UNITED STATES OF AMERICA    )    CASE NO. 00-6022-CR
                               )    Miami, Florida
                               )    September 6, 2000
              vs.              )    4:30 p.m.
                               )
                               )
   DOUGLAS McCLOUD,            )
                               )
              Defendant.       )
   _____)


                 TRANSCRIPT OF SENTENCING HEARING
          BEFORE THE HONORABLE DONALD M. MIDDLEBROOKS,
                  UNITED STATES DISTRICT JUDGE



   APPEARANCES:

   For The Government:    Roger Stefin, Esq.
                          Assistant U.S. Attorney
                          Miami, Florida


   For The Defendant:     Russell Rosenthal, Esq.
                          Attorney-At-Law
                          Miami, Florida


   Court Reporter:        Roger Watford, RPR/CM
                          Official Court Reporter
                          Miami, Florida
```

FILED by _RS_ D.C.
APPEAL
DEC 11 2000
CLARENCE MADDOX
CLER., U.S. DIST. CT.
S D. OF FLA. · MIAMI