# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

FILED by _____ D.C.
APPEAL

DEC 2 2 2000

CLARENCE MADDOX
CLER.. U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**CLARENCE MADDOX**
Clerk of Court

Appeals Section

Date: _____12/22/00_____

Clerk, United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, GA 30303

**COR/ROA**

IN RE:   **District Court No:** _00-06022-CR_ - _DMM_

   **U.S.C.A. No:** _00-14903-F_

   **Style:** _USA V. MCCLOUD_

## CERTIFICATE OF READINESS AND TRANSMITTAL OF RECORD ON APPEAL

**Pursuant to Fed. R. App. P. 11(c), the Clerk of the District Court for the Southern District of Florida hereby certifies that, as shown on the enclosed index, the record is complete for purposes of this appeal. The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:**

_____1___ Volume(s) of pleadings

_____1___ Volume(s) of Transcripts

__X__ Exhibits: ____0__ boxes; ____0__ folders;

____0__ envelopes; ____1__ PSIs (sealed)

☐ other: _____

☐ other: _____

☐ Other: _____

Sincerely,

Clarence Maddox, Clerk of Court

By _____

**Deputy Clerk**

**Attachment**                                   **S/F A-15**
**c: court file**                                **Rev. 10/94**

---

☑ 301 N. Miami Avenue          ☐ 299 E. Broward Boulevard          ☐ 701 Clematis Street
    Miami, Fl 33128-7788            Ft. Lauderdale, Fl 33301             West Palm Beach, Fl 33401
    305-523-5080                    954-769-5413                        561-803-3408

                                                    AEV        CLOSED
                                                    APPEAL

                        U.S. District Court
            Southern District of Florida (FtLauderdale)

            CRIMINAL DOCKET FOR CASE #: 00-CR-6022-ALL

USA v. Llewlyn                                      Filed: 01/25/00

Other Dkt # 0:00-m -04006

Case Assigned to:  Judge Donald M. Middlebrooks

CHARLES LLEWLYN (1)                    Philip Robert Horowitz
aka                                      [term  09/28/00]
Charles Llewylin                       FTS 232-1963
     defendant                         [COR LD NTC ret]
 [term  09/28/00]                      Philip R. Horowitz
                                       12651 South Dixie Highway
                                       Suite 328, Southpark Centre
                                       Miami, FL 33156
                                       305-232-1949

                                       Mark Graham Hanson
                                       305-285-0816
                                       Suite 102
                                       [COR LD NTC cja]
                                       2530 SW 3rd Avenue
                                       Miami, FL 33129-2034


Pending Counts:                        Disposition

21:846=CD.F CONSPIRACY                 Imprisonment for a term of 110
DISTRIBUTE CONTRL SUBST                months.  Supervised release
(1)                                    for a period of 3 years.
                                       Assessment of $100.00.
                                       (1)


Offense Level (opening): 4


Terminated Counts:                     Disposition

21:841A=CD.F CONTROLLED SUBST          Dismissed
SELL/DISTR/DISPENSE                    (2)
(2)


Offense Level (disposition): 4



Docket as of December 15, 2000 3:03 pm              Page

Certified to be a true and
correct copy of the document on file
Clerk
Deputy Clerk
Date 12/22/00

```
Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL
```

Complaints                              Disposition

```
21:841, 846 Conspired to PWID
cocaine
[ 0:00-m -4006 ]
```

=========================

Case Assigned to:  Judge Donald M. Middlebrooks

```
DOUGLAS MCCLOUD (2)                 Public Defender
     defendant                       [term  02/01/00]
  [term  09/07/00]                   [COR LD NTC pda]
                                    Daryl Elliott Wilcox
                                     [term  02/01/00]
                                    [COR LD NTC pda]
                                    Federal Public Defender's
                                    Office
                                    101 NE 3rd Avenue
                                    Suite 202
                                    Fort Lauderdale, FL 33301-1145
                                    954-356-7436

                                    Leon Watts
                                     [term  02/24/00]
                                    Below Address Terminated on 11/15/00
                                    FTS 833-0368
                                    [COR LD NTC pda]
                                    Federal Public Defender's
                                    Office
                                    400 Australian Avenue N
                                    Suite 300
                                    West Palm Beach, FL 33401-5634
                                    561-833-6288

                                    Russell Karl Rosenthal
                                     [term  09/07/00]
                                    FTS 856-8056
                                    305-857-9220
                                    Suite D207
                                    [COR LD NTC cja]
                                    1925 Brickell Avenue
                                    Miami, FL 33129
```

```
Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                             CLOSED APPEAL
```

Pending Counts:                          Disposition

```
21:846=CD.F CONSPIRACY          Imprisonment for a term of 88
DISTRIBUTE CONTRL SUBST         months.  Supervised release
(1)                             for a period of 5 years.
                                Assessment of $100.00.
                                (1)
```

Offense Level (opening): 4

Terminated Counts:                       Disposition

```
21:841A=CD.F CONTROLLED SUBST   Dismissed
SELL/DISTR/DISPENSE             (2)
(2)
```

Offense Level (disposition): 4

Complaints                               Disposition

```
21:841, 846 Conspired to PWID
cocaine
[ 0:00-m -4006 ]
```

========================

Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                          CLOSED APPEAL

Case Assigned to:  Judge Donald M. Middlebrooks

CHRISTOPHER GILBOURNE (3) ,        Abe Anselheart Bailey
PRISONER # (not listed) DOB:         [term  09/07/00]
(not listed) Place: Kingston,        FTS 653-5286
Jamaica                              305-653-8860
     defendant                       5th Floor
  [term  09/07/00]                   [COR LD NTC cja]
                                     18350 NW 2nd Avenue
                                     Miami, FL 33169

                                     David Patrick Rowe
                                       [term  09/07/00]
                                     305-412-0059
                                     Suite 105-A
                                     [COR LD NTC tmp]
                                     18800 NW 2nd Avenue
                                     Miami, FL 33169


Pending Counts:                          Disposition

21:846=CD.F CONSPIRACY             Imprisonment for a term of 160
DISTRIBUTE CONTRL SUBST            months as to each of Counts   1
(1)                                and 2, to be served
                                   concurrently.  Supervised
                                   release as   to each of Counts
                                   1 and 2, to be served
                                   concurrently.        Assessment
                                   of $200.00.
                                   (1)


21:841A=CD.F CONTROLLED SUBST      Imprisonment for a term of 160
SELL/DISTR/DISPENSE                months as to each of Counts   1
(2)                                and 2, to be served
                                   concurrently.  Supervised
                                   release as   to each of Counts
                                   1 and 2, to be served
                                   concurrently.        Assessment
                                   of $200.00.
                                   (2)


Offense Level (opening): 4


Terminated Counts:

    NONE



Docket as of December 15, 2000 3:03 pm            Page 4

```
Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                          CLOSED APPEAL


Complaints                            Disposition

21:841, 846 Conspired to PWID
cocaine
[ 0:00-m -4006 ]




=========================

Case Assigned to:  Judge Donald M. Middlebrooks

EDWARD DANY (4)                 Abe Anselheart Bailey
     defendant                   [term  10/27/00]
  [term  10/27/00]               FTS 653-5286
                                 305-653-8860
                                 5th Floor
                                 [COR LD NTC cja]
                                 18350 NW 2nd Avenue
                                 Miami, FL 33169

                                 Steven Hunter Kassner
                                  [term  10/27/00]
                                 FTS 461-2998
                                 305-461-2744
                                 Suite 303
                                 [COR LD NTC cja]
                                 815 Ponce De Leon Boulevard
                                 Coral Gables, FL 33134

                                 Arthur Elliot Marchetta, Jr.
                                  [term  09/05/00]
                                 954-566-9889
                                 Suite 401
                                 [COR LD NTC ret]
                                 Galleria Professional Building
                                 915 Middle River Drive
                                 Fort Lauderdale, FL 33304

Pending Counts:                       Disposition

21:846=CD.F CONSPIRACY           Seventy-eight (78) months
DISTRIBUTE CONTRL SUBST          imprisonment; 3 years
(1)                              supervised   release, $100
                                 assessment
                                 (1)


Offense Level (opening): 4



Docket as of December 15, 2000 3:03 pm          Page 5
```

Proceedings include all events.                                      AEV
0:00cr6022-ALL USA v. Llewlyn                               CLOSED APPEAL


Terminated Counts:                          Disposition

21:841A=CD.F CONTROLLED SUBST
SELL/DISTR/DISPENSE
(2)


Offense Level (disposition): 4



Complaints                                  Disposition

21:841, 846 Conspired to PWID
cocaine
[ 0:00-m -4006 ]



========================
Case Assigned to:  Judge Donald M. Middlebrooks

DORREL BRYAN (5)  , DOB:            Paul A. McKenna
unknown Prisoner # 60205-004         [term  08/10/00]
     defendant                      FTS 285-1235
  [term  10/27/00]                  [COR LD NTC ret]
                                    McKenna & Obront
                                    2666 Tigertail Avenue
                                    Suite 104
                                    Coconut Grove, FL 33133
                                    305-285-7044

                                    James Scott Benjamin
                                     [term  10/27/00]
                                    FTS 779-1771
                                    [COR LD NTC cja]
                                    Benjamin & Aaronson
                                    One Financial Plaza
                                    Suite 1615
                                    Fort Lauderdale, FL 33394-2843
                                    954-779-1700


Pending Counts:                          Disposition

21:846=CD.F CONSPIRACY              Eighty-seven (87) months
DISTRIBUTE CONTRL SUBST             imprisonment; 3 years
(1)                                supervised     release; $100
                                   assessment.
                                   (1)


Docket as of December 15, 2000 3:03 pm                    Page 6

Proceedings include all events.                                        AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL


Offense Level (opening): 4


Terminated Counts:                    Disposition

21:841A=CD.F CONTROLLED SUBST
SELL/DISTR/DISPENSE
(2)


Offense Level (disposition): 4



Complaints                            Disposition

21:841, 846 Conspired to PWID
cocaine
[ 0:00-m -4006 ]



U. S. Attorneys:

    Roger Harris Stefin, AUSA
    FTS 356-7336
    [COR LD NTC]
    United States Attorney's Office
    500 E Broward Boulevard
    7th Floor
    Fort Lauderdale, FL 33394-3002
    954-356-7254

    PTS Officer
    FTS 803-3469
    561-803-3460
    [COR LD NTC]
    Pretrial Services Office
    701 Clematis Street
    Room 221
    West Palm Beach, FL 33401
    561-803-3460

    Probation Officer
    FTS 655-1049
    561-804-6894
    [COR LD NTC]
    United States Probation Office
    501 S Flagler Drive
    Suite 400
    West Palm Beach, FL 33401-5912
    561-804-6894

Docket as of December 15, 2000 3:03 pm                    Page 7

Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL

Proceedings include all events.                                           AEV
0:00cr6022-ALL USA v. Llewlyn                                   CLOSED APPEAL

1/15/00   --      ARREST of Charles Llewylin, Douglas McCloud, Christopher
                  Gilbourne, Edward Dany, Dorrel Bryan, Howard Beckford
                  [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/15/00   1       COMPLAINT as to Charles Llewylin, Douglas McCloud,
                  Christopher Gilbourne, Edward Dany, Dorrel Bryan, Howard
                  Beckford
                  [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   2       ORDER on Initial Appearance as to Douglas McCloud Bond set
                  to No Bond earing-Stipulated $250,000 CSB w/nebbia for
                  Appointment of Public Defender Arraignment set for 11:00
                  1/28/00 before Magistrate Barry S. Seltzer, ,  ( Signed
                  by Magistrate Barry S. Seltzer on 1/18/00) Tape # 00-002
                  [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   3       ORDER on Initial Appearance as to Charles Llewylin Bond set
                  to $150,000 Corp. Surety recommended for Charles Llewylin.
                  Arraignment set for 11:00 1/28/00 for Charles Llewylin ;
                  Report re counsel set for 11:00 1/28/00 for Charles
                  Llewylin ;  before Magistrate Barry S. Seltzer, ,  (
                  Signed by Magistrate Barry S. Seltzer  on 1/18/00)  Tape #
                  00-002 CCAP
                  [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   4       ORDER on Initial Appearance as to Dorrel Bryan Bond set to
                  $100,000 PSB/ $25,000-10% Cash Arraignment set for 11:00
                  1/28/00 ; Report re counsel set for 11:00 1/28/00 before
                  Magistrate Barry S. Seltzer, ,  ( Signed by Magistrate
                  Barry S. Seltzer on 1/18/00) Tape # 00-002 CCAP
                  [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   5       ORDER on Initial Appearance as to Christopher Gilbourne
                  Bond set to $150,000 Corp. Surety Requested for Christopher
                  Gilbourne.   Arraignment set for 11:00 1/28/00 for
                  Christopher Gilbourne ; Report re counsel  and bond hearing
                  set for 11:00 1/21/00 for Christopher Gilbourne ; before
                  Magistrate Barry S. Seltzer, ,  ( Signed by Magistrate
                  Barry S. Seltzer on 1/18/00) Tape # 00-002 CCAP
                  [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   7       Minute of Initial Appearance held on 1/18/00  before
                  Magistrate Barry S. Seltzer  as to Dorrel Bryan ; Atty.
                  Paul McKenna temporarily retained, $100,000 PSB-$25,000-10%
                  Cash, IRC/arraignment 1/28/00. Court Reporter Name or Tape
                  #: 00-002
                  [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00   8       Minute of Initial Appearance held on 1/18/00  before
                  Magistrate Barry S. Seltzer  as to Charles Llewylin ; Atty.
                  Fred Robbins temporarily retained, IRC/arraignment 1/28/00,
                  bond hearing 1/20/00. Court Reporter Name or Tape #: 00-002
                  [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

Docket as of December 15, 2000 3:03 pm                          Page 9

Proceedings include all events.                                         AEV
0:00cr6022-ALL USA v. Llewlyn                                  CLOSED APPEAL

1/18/00  9      Minute of Initial Appearance held on 1/18/00 before
                Magistrate Barry S. Seltzer as to Douglas McCloud ; FPD
                appointed, no bond hearing held, both sides stipulate to a
                $250,000 Corp. surety bond with a nebbia. arraignment set
                1/28/00. Court Reporter Name or Tape #: 00-002
                [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00  10     Minute of Initial Appearance held on 1/18/00 before
                Magistrate Barry S. Seltzer as to Christopher Gilbourne ;
                Defendant advised of charges, will hire an atty., IRC/bond
                hearing set 1/21/00, arraignment 1/28/00. Court Reporter
                Name or Tape #: 00-002
                [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00  11     Minute of Initial Appearance held on 1/18/00 before
                Magistrate Barry S. Seltzer as to Edward Dany ; Defendant
                advised of charges, CREOLE INTERPRETER ORDERED, will be
                brought back tomorrow when Interpreter available,
                arraignment set 1/28/00. Court Reporter Name or Tape #:
                00-002
                [ 0:00-m -4006 ] (dd) [Entry date 01/18/00]

1/18/00  13      PERSONAL SURETY BOND entered by Dorrel Bryan in Amount $
                100,000  Approved by Magistrate Barry S. Seltzer .
                Surrender passports/travel documents; Report to PTS as
                follows: as directed Random urine testing; Full-time
                employment; Avoid victims/witnesses; No firearms/weapons;
                 Curfew from: 11:00 pm to 6:00 am Additional conditions:
                no excessive alcohol no illegal drugs.
                [ 0:00-m -4006 ] (pb) [Entry date 01/19/00]

1/19/00  14     Minute of initial appearance held on 1/19/00 before
                Magistrate Barry S. Seltzer as to Edward Dany ; Tape #:
                00-003
                [ 0:00-m -4006 ] (pb) [Entry date 01/19/00]

1/19/00  15     INTERPRETER required for Edward Dany  Language: Creole
                [ 0:00-m -4006 ] (pb) [Entry date 01/19/00]

1/19/00  16     ORDER on Initial Appearance as to Edward Dany Pretrial
                Detention Requested . Detention hearing set for 10:00
                1/24/00 ; Preliminary examination set for 11:00 1/28/00 ;
                before Magistrate Barry S. Seltzer, , ( Signed by
                Magistrate Barry S. Seltzer on 1/18/00) Tape # 00-003 CCAP
                [ 0:00-m -4006 ] (pb) [Entry date 01/19/00]

1/19/00  17      10% BOND entered by Dorrel Bryan in Amount $ 25,000
                Receipt # 401 518336  Approved by Magistrate Barry S.
                Seltzer .
                [ 0:00-m -4006 ] (pb) [Entry date 01/19/00]

Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                            CLOSED APPEAL

1/19/00  18    CJA 20 as to Edward Dany : Appointment of Attorney Abe
               Anselheart Bailey ( Signed by Magistrate Barry S. Seltzer
               on 1/19/00) Voucher# 0859519
               [ 0:00-m -4006 ] (dd) [Entry date 01/19/00]

1/19/00  19    DEFENDANT'S INVOCATION OF RIGHT TO SILENCE AND COUNSEL by
               Douglas McCloud
               [ 0:00-m -4006 ] (pb) [Entry date 01/20/00]

1/19/00  20    NOTICE of Assignment of Assistant Public Defender for
               Douglas McCloud . Terminated attorney Public Defender for
               Douglas McCloud AFPD Daryl Elliott Wilcox assigned.
               [ 0:00-m -4006 ] (pb) [Entry date 01/20/00]

1/20/00  21    Minute of Bond Hearing held on 1/20/00  before Magistrate
               Barry S. Seltzer  as to Charles Llewylin ; THere was a
               question about the defendant's INS status so the hearing
               was continued until 1/21/00 in MIAMI (at the special
               request of BSS). Court Reporter Name or Tape #: 00-005
               [ 0:00-m -4006 ] (dd) [Entry date 01/20/00]

1/20/00  --    Bond hearing as to Charles Llewylin  set for 10:00 1/21/00
               for Charles Llewylin  before Duty Magistrate in Miami
               [ 0:00-m -4006 ] (dd) [Entry date 01/20/00]

1/21/00  22    REPORT Commencing Criminal Action as to Dorrel Bryan  DOB:
               unknown  Prisoner # 60205-004
               [ 0:00-m -4006 ] (pb) [Entry date 01/21/00]

1/21/00  25    Minute of inquiry re cnsl/bond hearing held on 1/21/00
               before Magistrate Barry S. Seltzer  as to Christopher
               Gilbourne ;    Tape #: 99-006
               [ 0:00-m -4006 ] (pb) [Entry date 01/21/00]

1/24/00  26    Minute of Pretrial Detention Hearing held on 1/24/00
               before Magistrate Barry S. Seltzer  as to Edward Dany ;
               Parties stipulated to 200,000 CSB w/Nebbia with both sides
               reserving the right to proceed with a PTD hearing at a
               later date. Tape #: 00-006
               [ 0:00-m -4006 ] (pb) [Entry date 01/24/00]

1/24/00  27    REPORT Commencing Criminal Action as to Christopher
               Gilbourne  DOB: none given  Prisoner # none given
               [ 0:00-m -4006 ] (dd) [Entry date 01/25/00]

1/25/00  28    INDICTMENT as to Charles Llewlyn (1) count(s) 1, 2, Douglas
               McCloud (2) count(s) 1, 2, Christopher Gilbourne (3)
               count(s) 1, 2, Edward Dany (4) count(s) 1, 2, Dorrel Bryan
               (5) count(s) 1, 2 (Criminal Category 1) (Preliminary
               Examination cancelled.) (pb) [Entry date 01/26/00]
               *Begin Vol 1*

1/25/00  --    Magistrate identification:  Magistrate Judge Ann E. Vitunac
               (pb) [Entry date 01/26/00]

Docket as of December 15, 2000 3:03 pm                    Page 11

Proceedings include all events.                                    AEV
0:00cr6022-ALL USA v. Llewlyn                                CLOSED APPEAL

1/26/00    29      NOTICE of Temporary Appearance for Christopher Gilbourne by
                   Attorney David Patrick Rowe (pa) [Entry date 01/27/00]

1/28/00    30      Minute of IRC held on 1/28/00  before Magistrate Barry S.
                   Seltzer  as to Charles Llewlyn ;  Court Reporter Name or
                   Tape #: 00-010 3338-3404 recall 00-011 708-905 (kw)
                   [Entry date 01/31/00]

1/28/00    31      Minute of IRC/arraignment held on 1/28/00  before
                   Magistrate Barry S. Seltzer  as to Dorrel Bryan ;  Court
                   Reporter Name or Tape #: 00-011 10-170 (kw)
                   [Entry date 01/31/00]

1/28/00    (32)    Minute of arraignment held on 1/28/00  before Magistrate
                   Barry S. Seltzer  as to Douglas McCloud ;  Court Reporter
                   Name or Tape #: 00-011 10219 (kw) [Entry date 01/31/00]

1/28/00    33      Minute of arraignment held on 1/28/00  before Magistrate
                   Barry S. Seltzer  as to Edward Dany ; Tape #: 00-010 10-375
                   (kw) [Entry date 01/31/00]

1/28/00    34      Minute of IRC held on 1/28/00  before Magistrate Barry S.
                   Seltzer  as to Christopher Gilbourne ; Tape # 00-011 10-100
                   00-011 950-1000 1286-1400 (kw) [Entry date 01/31/00]

1/28/00    35      NOTICE of Appearance for Edward Dany by Attorney Arthur
                   Elliot Marchetta Jr. (kw) [Entry date 01/31/00]

1/28/00    36      NOTICE of Appearance for Dorrel Bryan by Attorney Paul A.
                   McKenna (kw) [Entry date 01/31/00]

1/28/00    (37)    ORDER RE: STATUS CONFERENCE SPEEDY TRIAL AND PRETRIAL
                   MATTERS as to Charles Llewlyn, Douglas McCloud, Christopher
                   Gilbourne, Edward Dany, Dorrel Bryan  set status
                   conference for 9:30 2/28/00 for Charles Llewlyn, for
                   Douglas McCloud, for Christopher Gilbourne, for Edward
                   Dany, for Dorrel Bryan  before Magistrate Ann E. Vitunac
                   ( Signed by Magistrate Barry S. Seltzer on 1/28/00) CCAP
                   [EOD Date: 1/31/00] CCAP (kw) [Entry date 01/31/00]

1/28/00    (38)    STANDING DISCOVERY ORDER as to Charles Llewlyn, Douglas
                   McCloud, Christopher Gilbourne, Edward Dany, Dorrel Bryan
                   all motions concerning matters not covered by this order
                   must be filed within 28 days of this order ( Signed by
                   Magistrate Barry S. Seltzer on 1/28/00)  CCAP (kw)
                   [Entry date 01/31/00]

1/28/00    39      ORDER on partial indigency for appointment of counsel and
                   distribution of available funds as to Christopher Gilbourne
                   ( Signed by Magistrate Barry S. Seltzer on 1/28/00) CCAP
                   [EOD Date: 1/31/00] CCAP (kw) [Entry date 01/31/00]

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                    CLOSED APPEAL

1/28/00  43      ARRAIGNMENT INFORMATION SHEET for Christopher Gilbourne (3)
                 count(s) 1, 2   NOT GUILTY PLEA ENTERED as to all counts.
                 Court accepts plea. (pa) [Entry date 02/01/00]

1/28/00  44      ARRAIGNMENT INFORMATION SHEET for Edward Dany (4) count(s)
                 1, 2   NOT GUILTY PLEA ENTERED as to all counts. Court
                 accepts plea. (pa) [Entry date 02/01/00]

1/28/00  (45)    ARRAIGNMENT INFORMATION SHEET for Douglas McCloud (2)
                 count(s) 1, 2   NOT GUILTY PLEA ENTERED as to all counts.
                 Court accepts plea. (pa) [Entry date 02/01/00]

1/28/00  46      ARRAIGNMENT INFORMATION SHEET for Dorrel Bryan (5) count(s)
                 1, 2   NOT GUILTY PLEA ENTERED as to all counts. Court
                 accepts plea. (pa) [Entry date 02/01/00]   *Vol.1 Cont'd*

1/28/00  47      ARRAIGNMENT INFORMATION SHEET for Charles Llewlyn (1)
                 count(s) 1, 2   NOT GUILTY PLEA ENTERED as to all counts.
                 Court accepts plea. (pa) [Entry date 02/01/00]

1/31/00  40      NOTICE of Appearance for Charles Llewlyn by Attorney Philip
                 Robert Horowitz (pa) [Entry date 02/01/00]

1/31/00  41      CJA 20 as to Charles Llewlyn : Appointment of Attorney (
                 Signed by Magistrate Barry S. Seltzer  on 1/31/00 Nunc Pro
                 Tunc Date 1/28/00) (pa) [Entry date 02/01/00]

1/31/00  42      CJA 20 as to Christopher Gilbourne : Appointment of
                 Attorney Abe Anselheart Bailey ( Signed by Magistrate Barry
                 S. Seltzer  on 1/31/00 Nunc Pro Tun Date 1/28/00) (pa)
                 [Entry date 02/01/00]

2/1/00   (48)    NOTICE of Assignment of Assistant Public Defender for
                 Douglas McCloud. Terminated attorney Daryl Elliott Wilcox
                 for Douglas McCloud AFPD Leon Watts assigned. (pa)
                 [Entry date 02/02/00]

2/3/00   49      NOTICE of Appearance for Dorrel Bryan by Attorney Paul A.
                 McKenna (pa) [Entry date 02/03/00]

2/4/00   50      Minute of Bond Hearing held on 2/4/00  before Magistrate
                 Ann E. Vitunac as to Charles Llewlyn; Tape #: AEV00-10-303
                 (pa) [Entry date 02/04/00]

2/4/00   --      Bond hearing as to Charles Llewlyn  held (pa)
                 [Entry date 02/04/00]

2/7/00   (51)    ORDER SETTING STATUS CONFERENCE: ORDER as to Charles
                 Llewlyn, Douglas McCloud, Christopher Gilbourne, Edward
                 Dany, Dorrel Bryan set status conference for 9:10 2/28/00
                 before Judge Daniel T. K. Hurley (Signed by Judge T. K.
                 Hurley on 2/4/00) CCAP [EOD Date: 2/7/00] CCAP (pa)
                 [Entry date 02/07/00]

Docket as of December 15, 2000 3:03 pm                        Page 13

Proceedings include all events.                                      AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL

2/11/00   53   NOTICE of Appearance for Christopher Gilbourne by Attorney
               David P. Rowe Esq. (pa) [Entry date 02/15/00]

2/11/00   54   NOTICE of filing the attached letter to the legal
               Department, Federal Detention Center, Miami, by Christopher
               Gilbourne (pa) [Entry date 02/15/00]

2/14/00  (52)  RESPONSE to Standing Discovery Order by USA  as to Charles
               Llewlyn, Douglas McCloud, Christopher Gilbourne, Edward
               Dany, Dorrel Bryan (pa) [Entry date 02/14/00]

2/16/00   56   MOTION by Christopher Gilbourne for disclosure of of
               existence of confidential informers (at)
               [Entry date 02/22/00]          *Vol. 1 Cont'd*

2/18/00   55   MOTION by Christopher Gilbourne for disclosure of giglio
               materials (kw) [Entry date 02/18/00]

2/18/00   57   MOTION by Christopher Gilbourne for giglio materials (pa)
               [Entry date 02/23/00]

2/22/00  (58)  MOTION by Douglas McCloud for Leon Daniel Watts to
               withdraw as attorney (pa) [Entry date 02/23/00]

2/24/00  (59)  ORDER ON MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT
               McCLOUD: ORDER as to Douglas McCloud granting [58-1] motion
               for Leon Daniel Watts to withdraw as attorney (Terminated:
               attorney Leon Watts). New counsel shall be appointed by
               separate order (Signed by Magistrate Ann E. Vitunac on
               2/24/00) CCAP [EOD Date: 2/24/00] CCAP (pa)
               [Entry date 02/24/00]

2/25/00   60   MOTION by Edward Dany for disclosure of existence of
               confinential informers (pa) [Entry date 02/28/00]

2/25/00   61   MOTION by Edward Dany for giglio materials (pa)
               [Entry date 02/28/00]

2/25/00   62   MOTION by Edward Dany to reduce Bond, for Evidentiary
               Hearing on [62-1] motion for reduction of bond (pa)
               [Entry date 02/28/00]

2/28/00   63   Minute of Status Re: Discovery held on 2/28/00  before
               Magistrate Linnea R. Johnson as to Charles Llewlyn; Tape #:
               LRJ-00-15-142 (pa) [Entry date 02/28/00]

2/28/00   --   Status conference as to Charles Llewlyn  held (pa)
               [Entry date 02/28/00]

2/28/00   64   Minute of Status RE: Discovery held on 2/28/00  before
               Magistrate Linnea R. Johnson as to Dorrel Bryan; Tape #:
               LRJ-00-15-142 (pa) [Entry date 02/28/00]

2/28/00   --   Status conference as to Dorrel Bryan  held (pa)

Proceedings include all events.                                         AEV
0:00cr6022-ALL USA v. Llewlyn                                    CLOSED APPEAL

                    [Entry date 02/28/00]

2/28/00    (65)     Minute of Status Re: Discovery held on 2/28/00  before
                    Magistrate Linnea R. Johnson as to Douglas McCloud; Tape #:
                    LRJ-00-15-142 (pa) [Entry date 02/28/00]

2/28/00    --       Status conference as to Douglas McCloud  held (pa)
                    [Entry date 02/28/00]

2/28/00    66       Minute of Status Conference Re: Discovery held on 2/28/00
                    before Magistrate Linnea R. Johnson as to Christopher
                    Gilbourne;  Tape #: LRJ-00-15-142 (pa) [Entry date 02/28/00]

2/28/00    --       Status conference as to Christopher Gilbourne  held (pa)
                    [Entry date 02/28/00]

2/28/00    67       Minute of Status Re:Discovery held on 2/28/00  before
                    Magistrate Linnea R. Johnson as to Edward Dany;  Court Tape
                    #: LRJ-00-15-142 (pa) [Entry date 02/28/00]

2/28/00    --       Status conference as to Edward Dany held (pa)
                    [Entry date 02/28/00]                    *Vol. 1 Cont'd*

2/28/00    68       ORDER as to Christopher Gilbourne, there are pending
                    motions. It is too early to determine whether or not the
                    case will plead. The parties estimate trial will take 5
                    days to complete. The government is preparing transcript of
                    conversations (Signed by Magistrate Linnea R. Johnson on
                    2/28/00) CCAP [EOD Date: 2/29/00] (pa) [Entry date 02/29/00]

2/28/00    (69)     ORDER as to Douglas McCloud, there are pending motions. It
                    is too early to determine whether or not the case will
                    plead. The parties estimate trial will take 5 days to
                    complete. The government is preparing transcripts but has
                    not completed them. (Signed by Magistrate Linnea R. Johnson
                    on 2/28/00) CCAP [EOD Date: 2/29/00] CCAP※ (pa)
                    [Entry date 02/29/00] [Edit date 02/29/00]

2/28/00    70       ORDER as to Dorrel Bryan, Motions are pending. It is to
                    early to ascertain whether a plea is likely. The parties
                    estimate trial will take 5 days. The government has not
                    produced transcripts of tapes (Signed by Magistrate Linnea
                    R. Johnson on 2/28/00) CCAP [EOD Date: 2/29/00] CCAP※ (pa)
                    [Entry date 02/29/00]

2/28/00    71       ORDER as to Charles Llewlyn, Motions pending. It is too
                    early to ascertain whether the case will plea. The parties
                    estimate trial will take 5 days. The Goverment has not
                    produced the tape trascripts  (Signed by Magistrate Linnea
                    R. Johnson on 2/28/00) CCAP [EOD Date: 2/29/00] CCAP※ (pa)
                    [Entry date 02/29/00]

Proceedings include all events.                                                    AEV
0:00cr6022-ALL USA v. Llewlyn                                            CLOSED APPEAL

2/28/00   72    ORDER as to Edward Dany, there are pending motions. It is
                too early to ascertain whether the case will plea. The
                parties estimate trial will take 5 days. The Goverment has
                not produced the tape trascripts but is in the process of
                doing so (Signed by Magistrate Linnea R. Johnson on
                2/28/00) CCAP [EOD Date: 2/29/00] CCAP※ (pa)
                [Entry date 02/29/00]

2/28/00   --    Status conference as to Christopher Gilbourne, Douglas
                McCloud, Dorrel Bryan, Charles Llewlyn, Edward Dany  held
                (pa) [Entry date 02/29/00]

2/28/00   --    Status conference as to Charles Llewlyn, Douglas McCloud,
                Christopher Gilbourne, Edward Dany, Dorrel Bryan  held (pa)
                [Entry date 03/06/00]

3/1/00    73    NOTICE of Appearance for Christopher Gilbourne by Attorney
                David P. Rowe (pa) [Entry date 03/01/00] *Vol. / Cont'd*

3/6/00    (74)  ORDER SETTING TRIAL DATE & ESTABLISING PRETRIAL PROCEDURES:
                ORDER as to Charles Llewlyn, Douglas McCloud, Christopher
                Gilbourne, Edward Dany, Dorrel Bryan set Jury trial for
                5/1/00 before Judge Daniel T. K. Hurley, set calendar
                call for 1:30 4/21/00 before Judge Daniel T. K. Hurley,
                to Continue in Interest of Justice (Signed by Judge
                Daniel T. K. Hurley on CCAP [EOD Date: 3/6/00] CCAP※ (pa)
                [Entry date 03/06/00]

3/6/00    75    ORDER VACATING ORDER ON PARTIAL INDIGENCE FOR APPOINTMENT
                OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS: ORDER as to
                Christopher Gilbourne vacating [39-1] order ( Signed by
                Magistrate Barry S. Seltzer on 3/6/00) CCAP [EOD Date:
                3/7/00] CCAP※ (pa) [Entry date 03/07/00]

3/7/00    76    NOTICE of Hearing as to Edward Dany: Motion hearing before
                Magistrate Ann E. Vitunac set for 9:30 3/13/00 for [62-1]
                motion to reduce Bond,and for [62-2] motion for Evidentiary
                Hearing on [62-1] motion for reduction of bond (pa)
                [Entry date 03/07/00]

3/7/00    77    RESPONSE by USA  as to Christopher Gilbourne, Edward Dany
                re [61-1] motion for giglio materials (pa)
                [Entry date 03/07/00]

3/7/00    (78)  CJA 20 as to Douglas McCloud : Appointment of Attorney
                Russell Karl Rosenthal ( Signed by Magistrate Ann E.
                Vitunac on 3/7/00) (pa) [Entry date 03/08/00]

Proceedings include all events.                                            AEV
0:00cr6022-ALL USA v. Llewlyn                                   CLOSED APPEAL

3/17/00   79    ORDER as to Christopher Gilbourne, Edward Dany, Charles
                Llewlyn denying [55-1] motion for disclosure of giglio
                materials as to Christopher Gilbourne (3), denying [56-1]
                motion for disclosure of of existence of confidential
                informers as to Christopher Gilbourne (3), denying [60-1]
                motion for disclosure of existence of confinential
                informers, denying [61-1] motion for giglio materials as to
                Edward Dany (4) (Signed by Magistrate Ann E. Vitunac on
                3/17/00) CCAP [EOD Date: 3/17/00] CCAP (pa)
                [Entry date 03/17/00]

3/17/00   80    NOTICE of Hearing as to Edward Dany : Motion hearing
                before Magistrate Ann E. Vitunac set for 9:30 3/29/00 for
                [62-1] motion to reduce Bond, for [62-2] motion for
                Evidentiary Hearing on [62-1] motion for reduction of bond
                (pa) [Entry date 03/17/00]

                *Vol. 1 Cont'd*

3/29/00   81    Minute of Motion to Reduce Bond held on 3/29/00  before
                Magistrate Ann E. Vitunac as to Edward Dany; Court set bond
                at $50,000 Corporate Surety Bond with Nebbia. Conditions to
                be set at Nebia. Tape #: AEV00-21-890/1744 (pa)
                [Entry date 03/29/00]

3/29/00   --    Motion hearing  as to Edward Dany re: [62-1] motion to
                reduce Bond. Motion hearing held  before Magistrate Ann E.
                Vitunac (pa) [Entry date 03/29/00]

4/7/00    82    NOTICE of Hearing as to Edward Dany: set Nebbia Hearing
                for 10:00 4/11/00 for Edward Dany  before Magistrate Ann E.
                Vitunac (pa) [Entry date 04/07/00]

4/11/00   83    Minute of Nebbia Hearing held on 4/11/00  before Magistrate
                Ann E. Vitunac as to Edward Dany;  Bond set at $50,000 CSB.
                Tape #: AEV00-25-1009 (pa) [Entry date 04/11/00]

4/11/00   84    Exhibit and Witness List, as to Edward Dany (pa)
                [Entry date 04/11/00]

4/12/00   85    CORPORATE SURETY BOND entered by Edward Dany, in  Amount $
                50,000. Approved by Magistrate Ann E. Vitunac. Surrender
                passports/travel documents; Report to PTS as follows: 1X
                per week by phone & in person as directed. Random urine
                testing; Full-time employment; 40 Hours per week-verified
                by PTS> Avoid victims/witnesses; No firearms/weapons;
                Additional conditions: Reside at current address, do not
                move without Court's permission, no drugs/Narcotics, do not
                violate any other laws, not to be in an airplane or the
                highways, travel restricted to S/D of Florida. (pa)
                [Entry date 04/12/00]

4/19/00   86    UNOPPOSED MOTION by Dorrel Bryan to continue trial (pa)
                [Entry date 04/20/00]

4/20/00   87    UNOPPOSED MOTION by Edward Dany to continue trial (pa)

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                    CLOSED APPEAL

                    [Entry date 04/20/00]

4/21/00   88    ORDER DENYING MOTION FOR CONTINANCE:ORDER as to Dorrel
                Bryan denying [86-1] motion to continue trial (Signed by
                Judge Daniel T. K. Hurley on 4/20/00) CCAP [EOD Date:
                4/24/00] CCAP※ (pa) [Entry date 04/24/00]

4/27/00   89    ORDER DENYING MOTION TO CONTINUE:ORDER as to Edward Dany
                denying [87-1] motion to continue trial (Signed by Judge
                Daniel T. K. Hurley on 4/26/00) CCAP [EOD Date: 4/27/00]
                CCAP※ (pa) [Entry date 04/27/00]

5/8/00   (90)   NOTICE of Hearing as to Douglas McCloud : set Change of
                Plea Hearing for 3:00 6/2/00 for Douglas McCloud  before
                Judge Daniel T. K. Hurley (pa) [Entry date 05/08/00]

5/9/00    91    Requested Voir Dire Questions by Dorrel Bryan (pa)
                [Entry date 05/10/00]                    *Vol. 1 Cont'd*

5/11/00   92    Minute of Jury Trial, Jury Impaneled, Voir Dire Begins held
                on 5/11/00 before Judge Donald M. Middlebrooks as to
                Christopher Gilbourne, Edward Dany, Dorrel Bryan ;
                Continued to 9:30 5/15/00; Court Reporter Name or Tape #:
                Roger Watford (nt) [Entry date 05/15/00]

5/11/00   --    Voir dire begun as to Christopher Gilbourne (3) count(s) 1,
                2, Edward Dany (4) count(s) 1, 2, Dorrel Bryan (5) count(s)
                1, 2 (nt) [Entry date 05/15/00]

5/11/00   --    Jury trial as to Christopher Gilbourne, Edward Dany, Dorrel
                Bryan  held (nt) [Entry date 05/15/00]

5/11/00   --    Change of Plea Hearing as to Charles Llewlyn  held (wc)
                [Entry date 05/18/00]

5/11/00   96    Minutes of Change of Plea hearing held on 5/11/00  before
                Judge Donald M. Middlebrooks as to Charles Llewlyn ;  Court
                defers adjudication of guilty until time of sentencing.
                GUILTY: Charles Llewlyn (1) count(s) 1 Court Reporter
                Name or Tape #: Roger Watford (wc) [Entry date 05/18/00]

5/11/00   97    Plea Agreement as to Charles Llewlyn (wc)
                [Entry date 05/18/00]

5/11/00   98    NOTICE of Hearing as to Charles Llewlyn : set Sentencing
                for 4:30 8/9/00 for Charles Llewlyn  before Judge Donald
                M. Middlebrooks (wc) [Entry date 05/18/00]

5/11/00   --    Change of Plea Hearing as to Douglas McCloud  held (wc)
                [Entry date 05/18/00]

Docket as of December 15, 2000 3:03 pm                      Page 18

Proceedings include all events.                                                    AEV
0:00cr6022-ALL USA v. Llewlyn                                              CLOSED APPEAL

5/11/00  (99)     Minutes of Change of Plea hearing held on 5/11/00  before
                  Judge Donald M. Middlebrooks as to Douglas McCloud ;
                  GUILTY: Douglas McCloud (2) count(s) 1  Court Reporter
                  Name or Tape #: Roger Watford (wc) [Entry date 05/18/00]

5/11/00  (100)    Plea Agreement as to Douglas McCloud (wc)
                  [Entry date 05/18/00]

5/11/00  (101)    NOTICE of Hearing as to Douglas McCloud :  set Sentencing
                  for 4:30 8/9/00 for Douglas McCloud   before Judge Donald
                  M. Middlebrooks (wc) [Entry date 05/18/00]

5/15/00  --       Jury trial as to Christopher Gilbourne, Edward Dany, Dorrel
                  Bryan  held (wc) [Entry date 05/18/00]  *Vol. 1 Cont'd*

5/15/00  102      Minutes of Jury trial held on 5/15/00  before Judge Donald
                  M. Middlebrooks as to Christopher Gilbourne, Edward Dany,
                  Dorrel Bryan ;  Court Reporter Name or Tape #: Roger
                  Watford (wc) [Entry date 05/18/00]

5/15/00  103      ORDER as to Charles Llewlyn, Douglas McCloud, Christopher
                  Gilbourne, Edward Dany, Dorrel Bryan transferring case to
                  the calendar of Judge Donald M. Middlebrooks ( Signed by
                  Judge Daniel T. K. Hurley on 5/9/00 and Judge Donald M.
                  Middlebrooks on 5/15/00) CCAP [EOD Date: 5/18/00] CCAP (wc)
                  [Entry date 05/18/00]

5/15/00  --       CASE reassigned  to Judge Donald M. Middlebrooks (wc)
                  [Entry date 05/18/00]

5/16/00  93       NOTICE of Filing Memorandum of Law In Support of
                  Defendant's Motion To Exclude Tape Transcripts by
                  Christopher Gilbourne (at) [Entry date 05/17/00]

5/16/00  94       MOTION by Christopher Gilbourne to exclude tape
                  transcripts of tape recordings and notice of Jencks
                  violations (at) [Entry date 05/17/00]

5/16/00  95       MEMORANDUM OF LAW by Christopher Gilbourne in support of
                  [94-1] motion to exclude tape transcripts of tape
                  recordings and notice of Jencks violations (at)
                  [Entry date 05/17/00]

5/16/00  --       Jury trial as to Christopher Gilbourne, Edward Dany, Dorrel
                  Bryan  held (wc) [Entry date 05/18/00]

5/16/00  104      Minutes of Jury trial held on 5/16/00  before Judge Donald
                  M. Middlebrooks as to Christopher Gilbourne, Edward Dany,
                  Dorrel Bryan ;  Court Reporter Name or Tape #: Roger
                  Watford (wc) [Entry date 05/18/00]

5/17/00  --       Jury trial as to Christopher Gilbourne, Edward Dany, Dorrel
                  Bryan  held (wc) [Entry date 05/19/00]

Docket as of December 15, 2000 3:03 pm                    Page 19

Proceedings include all events.                                      AEV
0:00cr6022-ALL USA v. Llewlyn                              CLOSED APPEAL

5/17/00   105    Minutes of Jury trial held on 5/17/00  before Judge Donald
                 M. Middlebrooks as to Christopher Gilbourne, Edward Dany,
                 Dorrel Bryan ;  Closing arguments made.  Deliberations
                 commenced.  Trial ends.  See verdict forms.  Court Reporter
                 Name or Tape #: Roger Watford (wc) [Entry date 05/19/00]

5/17/00   106    Court's Jury instructions as to Christopher Gilbourne,
                 Edward Dany, Dorrel Bryan (wc) [Entry date 05/19/00]

5/17/00   107    Jury notes and Court's answers as to Christopher Gilbourne,
                 Edward Dany, Dorrel Bryan (wc) [Entry date 05/19/00]

5/17/00   108    Jury notes and Court's answers as to Christopher Gilbourne,
                 Edward Dany, Dorrel Bryan (wc) [Entry date 05/19/00]

5/17/00   109    Jury notes and Court's answers as to Christopher Gilbourne,
                 Edward Dany, Dorrel Bryan (wc) [Entry date 05/19/00]

5/17/00   110    JURY VERDICT as to Edward Dany Guilty: Edward Dany (4)
                 count(s) 1, Not Guilty: Edward Dany (4) count(s) 2 (wc)
                 [Entry date 05/19/00]

5/17/00   111    JURY VERDICT as to Christopher Gilbourne Guilty:
                 Christopher Gilbourne (3) count(s) 1, 2 (wc)
                 [Entry date 05/19/00]

5/17/00   112    JURY VERDICT as to Dorrel Bryan Guilty: Dorrel Bryan (5)
                 count(s) 1, Not Guilty: Dorrel Bryan (5) count(s) 2 (wc)
                 [Entry date 05/19/00]

5/17/00   114    Jury notes and Court's answers as to Charles Llewlyn (pa)
                 [Entry date 05/23/00]

5/22/00   113    MOTION by Christopher Gilbourne for new trial (pa)
                 [Entry date 05/22/00]

5/23/00   115    ORDER as to Christopher Gilbourne, Edward Dany, Dorrel
                 Bryan granting ore tenus motion to extend time for filing
                 post-trial motions. All post-trial motions shall be filed
                 by 6/1/00 ( Signed by Judge Donald M. Middlebrooks on
                 5/22/00) CCAP [EOD Date: 5/24/00] CCAP (wc)
                 [Entry date 05/24/00]

5/23/00   116    NOTICE of Hearing as to Dorrel Bryan :  set Sentencing for
                 4:30 9/6/00 for Dorrel Bryan   before Judge Donald M.
                 Middlebrooks (wc) [Entry date 05/24/00]

5/23/00   117    NOTICE of Hearing as to Edward Dany :  set Sentencing for
                 4:30 9/6/00 for Edward Dany   before Judge Donald M.
                 Middlebrooks (wc) [Entry date 05/24/00]

5/23/00   118    NOTICE of Hearing as to Christopher Gilbourne :  set
                 Sentencing for 4:30 9/6/00 for Christopher Gilbourne before
                 Judge Donald M. Middlebrooks (wc) [Entry date 05/24/00]

Docket as of December 15, 2000 3:03 pm                    Page 20

Proceedings include all events.                                      AEV
0:00cr6022-ALL USA v. Llewlyn                               CLOSED APPEAL

5/24/00   119   ORDER as to Christopher Gilbourne  denying [113-1] motion
                for new trial as to Christopher Gilbourne (3) ( Signed by
                Judge Donald M. Middlebrooks on 5/24/00) CCAP [EOD Date:
                5/25/00] CCAP※ (wc) [Entry date 05/25/00]

5/26/00   120   FURTHER MOTION by Christopher Gilbourne for new trial (pa)
                [Entry date 05/26/00]

5/30/00   121   MOTION by Dorrel Bryan for disbursement of bond (wc)
                [Entry date 06/01/00]

5/30/00   121   ORDER as to Dorrel Bryan granting [121-1] motion for
                disbursement of bond. The amount of $2,500.00 with any
                accrued interest is to be returned to Betty Bryan ( Signed
                by Judge Donald M. Middlebrooks on 5/17/00) CCAP [EOD Date:
                6/1/00] CCAP※ (wc) [Entry date 06/01/00]   *Vol. 1 Cont'd*

5/30/00   122   Release of exhibits as to Christopher Gilbourne  Released
                to: David P. Rowe, P.A. (wc) [Entry date 06/01/00]

6/5/00    123   NOTICE OF INTERLOCUTORY APPEAL by Christopher Gilbourne re:
                [119-1] order EOD Date: 5/25/00; FEE NOT PAID; Copies to
                USCA, AUSA, USM, USPTS and Counsel of Record. (sn)
                [Entry date 06/26/00]

6/29/00   124   Release of exhibits as to Christopher Gilbourne, Edward
                Dany, Dorrel Bryan  Released to: TFO James Barnick (wc)
                [Entry date 06/29/00]

7/7/00    --    NOTICE of Receipt of Transmittal Letter from USCA as to
                Christopher Gilbourne Re: [123-1] appeal USCA Number:
                00-13377-F (sn) [Entry date 07/07/00]

7/19/00   125   NOTICE of RECEIPT OF CORRESPONDENCE requesting a re-trial
                as to Dorrel Bryan.  The Court does not accept ex parte
                communications.  A copy of defendant's letter, dated
                7/13/00 is being forwarded to counsel. Counsel is requested
                to discuss this matter with the defendant and take whatever
                action counsel deems appropriate (wc) [Entry date 07/20/00]

7/25/00   126   NOTICE of receipt of correspondence sent directly to Judges
                Chambers by Edward Dany (td) [Entry date 07/26/00]

8/3/00    127   MOTION by Dorrel Bryan for Paul A. McKenna to withdraw as
                attorney (wc) [Entry date 08/04/00]

8/3/00    128   ORDER OF REFERENCE referring Motion(s)  to Ch. Magistrate
                Judge Linnea R. Johnson as to Dorrel Bryan : [127-1] motion
                for Paul A. McKenna to withdraw as attorney as to Dorrel
                Bryan (5) ( Signed by Judge Donald M. Middlebrooks on
                8/3/00) CCAP [EOD Date: 8/4/00]  CCAP (wc)
                [Entry date 08/04/00]

Docket as of December 15, 2000 3:03 pm                    Page 21

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                    CLOSED APPEAL

8/7/00    129    OBJECTION by Charles Llewlyn  to Presentence Investigation
                 Report (wc) [Entry date 08/07/00]

8/7/00    130    MOTION by Charles Llewlyn to continue sentencing (wc)
                 [Entry date 08/07/00]

8/7/00    131    SUPPLEMENTAL OBJECTIONS by Charles Llewlyn  to Presentence
                 Investigation Report (wc) [Entry date 08/08/00]

8/8/00    (132)  EMERGENCY MOTION by Douglas McCloud to continue Sentencing
                 date (wc) [Entry date 08/08/00]   *Vol. / Cont'd*

8/9/00    133    SECOND SUPPLEMENTAL OBJECTION by Charles Llewlyn  to
                 Presentence Investigation Report (wc) [Entry date 08/09/00]

8/9/00    (134)  ORDER as to Douglas McCloud  granting [132-1] motion to
                 continue Sentencing date  reset Sentencing for 4:30 9/6/00
                 before Judge Donald M. Middlebrooks ( Signed by Judge
                 Donald M. Middlebrooks on 8/8/00) CCAP [EOD Date: 8/10/00]
                 CCAP※ (wc) [Entry date 08/10/00]

8/9/00    135    ORDER as to Charles Llewlyn  granting [130-1] motion to
                 continue sentencing  reset Sentencing for 4:30 9/6/00
                 before Judge Donald M. Middlebrooks ( Signed by Judge
                 Donald M. Middlebrooks on 8/8/00) CCAP [EOD Date: 8/10/00]
                 CCAP※ (wc) [Entry date 08/10/00]

8/9/00    --     Report Re Counsel  as to Dorrel Bryan held (wc)
                 [Entry date 08/11/00]

8/9/00    136    Minutes of Inquiry re: counsel held on 8/9/00  before Ch.
                 Magistrate Judge Linnea R. Johnson as to Dorrel Bryan ;
                 Defendant sworn.  CJA counsel James Benjamin is hereby
                 appointed.  Paul McKenna is relieved as counsel of record.
                 Court Reporter Name or Tape #: LRJ-00-69-578 (wc)
                 [Entry date 08/11/00]

8/10/00   137    ORDER as to Dorrel Bryan  granting [127-1] motion for Paul
                 A. McKenna to withdraw as attorney (Terminated¿ attorney
                 Paul A. McKenna) for appointment of James Benjamin as
                 counsel under the Criminal Justice Act ( Signed by Ch.
                 Magistrate Judge Linnea R. Johnson on 8/9/00) CCAP [EOD
                 Date: 8/14/00] CCAP※ (wc) [Entry date 08/14/00]

8/16/00   138    MOTION by Edward Dany for Arthur E. Marchetta, Jr. to
                 withdraw as attorney, and to extend time to file
                 objections to the PSI report (lk) [Entry date 08/18/00]

8/23/00   139    ORDER OF REFERENCE referring Motion(s)  to Ch. Magistrate
                 Judge Linnea R. Johnson as to Edward Dany : [138-1] motion
                 for Arthur E. Marchetta, Jr. to withdraw as attorney,
                 [138-2] motion to extend time to file objections to the PSI
                 report (Signed by Judge Donald M. Middlebrooks on 8/21/00)
                 CCAP [EOD Date: 8/24/00] CCAP (wc) [Entry date 08/24/00]

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                   CLOSED APPEAL


8/28/00  140    ORDER as to Edward Dany Motion hearing before Ch.
                Magistrate Judge Linnea R. Johnson set for 9:30 8/31/00 for
                [138-1] motion for Arthur E. Marchetta, Jr. to withdraw as
                attorney (Signed by Ch. Magistrate Judge Linnea R. Johnson
                on 8/28/00) CCAP [EOD Date: 8/30/00] (wc)
                [Entry date 08/30/00]

8/30/00  141    NOTICE of Intent to call up for Hearing on 8/31/00 at
                9:30am:  Motion to withdraw as counsel for the defendant
                and request for additional time to file objections to the
                PSI investigation by Edward Dany (wc) [Entry date 08/31/00]

8/31/00  142    MOTION by Dorrel Bryan to continue sentencing date set for
                9/6/00 (wc) [Entry date 09/01/00]

8/31/00  145    Minutes of motion to withdraw attorney held on 8/31/00
                before Magistrate Judge Linnea R. Johnson as to Edward Dany
                ; Steven Kassner is apointed as counsel of record  Court
                Reporter Name or Tape #: LRJ00-81-1006 (cj)
                [Entry date 09/06/00]                          *Vol. / Cont'd*

8/31/00  --     Motion hearing  as to Edward Dany re: [138-1] motion for
                Arthur E. Marchetta, Jr. to withdraw as attorney  before
                Ch. Magistrate Judge Linnea R. Johnson (cj)
                [Entry date 09/06/00]

9/1/00   143    ORDER as to Dorrel Bryan  granting [142-1] motion to
                continue sentencing date set for 9/6/00  reset Sentencing
                for 4:30 10/2/00 before Judge Donald M. Middlebrooks (
                Signed by Judge Donald M. Middlebrooks on 9/1/00) CCAP [EOD
                Date: 9/5/00] CCAP (wc) [Entry date 09/05/00]

9/5/00   144    ORDER as to Edward Dany  granting [138-1] motion for Arthur
                E. Marchetta, Jr. to withdraw as attorney (Terminated:
                attorney Arthur Elliot Marchetta ) for appointment of
                Steven Kassner as CJA counsel ( Signed by Ch. Magistrate
                Judge Linnea R. Johnson on 8/31/00) CCAP [EOD Date: 9/6/00]
                CCAP (wc) [Entry date 09/06/00]

9/6/00   (146)  MOTION by USA  as to Douglas McCloud for downward
                departure pursuant to 5K1.1, Sentencing Guidelines (wc)
                [Entry date 09/07/00]

9/6/00   --     Sentencing  held Christopher Gilbourne (3) count(s) 1, 2 (wc)
                [Entry date 09/11/00]

9/6/00   --     Sentencing  held Douglas McCloud (2) count(s) 1 (wc)
                [Entry date 09/11/00]

9/7/00   147    Minutes of Sentencing held on 09/07/00  before Judge Donald
                M. Middlebrooks as to Charles Llewlyn ;  continuing
                Sentencing for 5:00 09/27/00  before Judge Donald M.
                Middlebrooks Court Reporter Name or Tape #: Roger Watford

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                     CLOSED APPEAL

                  (nt) [Entry date 09/08/00]

9/7/00    --      Deadline updated as to Charles Llewlyn, setting
                  Sentencing for 5:00 9/27/00 for Charles Llewlyn  before
                  Judge Donald M. Middlebrooks (nt) [Entry date 09/08/00]

9/7/00    148     Minutes of  Sentencing on 9/7/00  before Judge Donald M.
                  Middlebrooks as to Edward Dany ; Sentencing continued to
                  10/5/00 at 4:30; Defendant's oral motion to continue
                  granted; Court Reporter Name or Tape #: Roger Watford (nt)
                  [Entry date 09/08/00]

9/7/00    --      Deadline updated as to Edward Dany, setting Sentencing
                  for 4:30 10/5/00 for Edward Dany  before Judge Donald M.
                  Middlebrooks (nt) [Entry date 09/08/00]

9/7/00    149     Minutes of Sentencing held on 9/6/00  before Judge Donald
                  M. Middlebrooks as to Christopher Gilbourne ;  Court
                  Reporter Name or Tape #: Roger Watford (wc)
                  [Entry date 09/11/00]

9/7/00    150     JUDGMENT as to  Christopher Gilbourne (3) counts 1, 2 -
                  Imprisonment for a term of 160 months as to each of Counts
                  1 and 2, to be served concurrently.  Supervised release as
                  to each of Counts 1 and 2, to be served concurrently.
                  Assessment of $200.00. ( Signed by Judge Donald M.
                  Middlebrooks on 9/7/00) CCAP [EOD Date: 9/11/00]  CCAP (wc)
                  [Entry date 09/11/00]

9/7/00    151     Minutes of Sentencing held on 9/6/00  before Judge Donald
                  M. Middlebrooks as to Douglas McCloud ;  Court Reporter
                  Name or Tape #: Roger Watford (wc) [Entry date 09/11/00]

9/7/00    152     JUDGMENT as to Douglas McCloud (2) as to count 1 -
                  Imprisonment for a term of 88 months. Supervised release
                  for a period of 5 years. Assessment of $100.00.; count 2 -
                  Dismissed ( Signed by Judge Donald M. Middlebrooks on
                  9/7/00) CCAP [EOD Date: 9/11/00] CCAP (wc)
                  [Entry date 09/11/00]

9/7/00    153     CJA 20 as to Edward Dany : Appointment of Attorney Steven
                  Hunter Kassner ( Signed by Ch. Magistrate Judge Linnea R.
                  Johnson  on 9/7/00) (wc) [Entry date 09/11/00]

9/7/00    154     CJA 20 as to Dorrel Bryan : Appointment of Attorney James
                  S. Benjamin ( Signed by Ch. Magistrate Judge Linnea R.
                  Johnson on 9/7/00 [nunc pro tunc date:  8/9/00]) (wc)
                  [Entry date 09/11/00]

9/11/00   155     NOTICE OF APPEAL by Christopher Gilbourne re: [150-1]
                  judgment order.  EOD Date: 9/11/00; Christopher Gilbourne
                  (3) count(s) 1, 2;  Receipt #: FEE NOT PAID; Copies to
                  USCA, AUSA, USM, USPO and Counsel of Record. (sn)
                  [Entry date 09/12/00]

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                     CLOSED APPEAL


9/11/00    161        DUPLICATE NOTICE OF APPEAL by Christopher Gilbourne re:
                      [150-1] judgment order. EOD Date: 9/11/00; ; Filing Fee: $
                      FEE NOT PAID/DUPLICATE NOA; Copies to USCA, AUSA, USM, USPO
                      and Counsel of Record. (sn) [Entry date 09/21/00]

9/13/00    --         Certified copies of Notice of Appeal, Docket and Order
                      under appeal to USCA: as to Christopher Gilbourne [155-1]
                      appeal (sn) [Entry date 09/13/00]

9/15/00    156        NOTICE OF APPEAL by Douglas McCloud re: [152-1] judgment
                      order .  EOD Date: 9/11/00; Douglas McCloud (2) count(s) 1;
                      FEE NOT PAID/FILED BY CJA; Copies to USCA, AUSA, USM, USPO
                      and Counsel of Record. (sn) [Entry date 09/18/00]

9/15/00    157        MOTION by Douglas McCloud to proceed in forma pauperis on
                      appeal, and for appointment of counsel (sn)
                      [Entry date 09/18/00]                    *Vol. 1 Cont'd*

9/15/00    159        MOTION by Charles Llewlyn for Philip Horowitz to withdraw
                      as attorney, and for appointment of counsel for appellate
                      purposes (sn) [Entry date 09/19/00]

9/18/00    --         Certified copies of Notice of Appeal, Docket and Order
                      under appeal to USCA: as to Douglas McCloud [156-1] appeal
                      (sn) [Entry date 09/18/00]

9/18/00    158        UNOPPOSED AND AGREED MOTION by Dorrel Bryan to continue
                      Sentencing date of 10/2/00 (wc) [Entry date 09/19/00]

9/19/00    160        DUPLICATE NOTICE OF APPEAL by Douglas McCloud re: [152-1]
                      judgment order . EOD Date: 9/11/00; ; Receipt #: FEE NOT
                      PAID; Copies to USCA, AUSA, USM, USPO and Counsel of
                      Record. (sn) [Entry date 09/19/00]

9/26/00    162        ORDER as to Dorrel Bryan  granting [158-1] motion to
                      continue Sentencing date of 10/2/00  reset Sentencing for
                      4:30 10/26/00 before Judge Donald M. Middlebrooks ( Signed
                      by Judge Donald M. Middlebrooks on 9/25/00) CCAP [EOD Date:
                      9/27/00] CCAP※ (wc) [Entry date 09/27/00]

9/26/00    163        ORDER as to Douglas McCloud granting [157-1] motion to
                      proceed in forma pauperis on appeal as to Douglas McCloud
                      (2) (Signed by Judge Donald M. Middlebrooks on 9/25/00)
                      CCAP [EOD Date: 9/27/00] CCAP※ (sn) [Entry date 09/27/00]

9/26/00    --         NOTICE of Receipt of Transmittal Letter from USCA as to
                      Douglas McCloud  Re: [156-1] appeal  USCA Number:
                      00-14903-F (sn) [Entry date 09/28/00]

9/27/00    164        Letter MOTION by Charles Llewlyn to Withdraw Plea of
                      Guilty (wc) [Entry date 09/29/00]


Docket as of December 15, 2000 3:03 pm                      Page 25

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                    CLOSED APPEAL

9/27/00   165   ADDENDUM by Charles Llewlyn  in support of [164-1] motion
                to Withdraw Plea of Guilty (wc) [Entry date 09/29/00]

9/27/00   165   MOTION by Charles Llewlyn for appointment of counsel (wc)
                [Entry date 09/29/00]

9/27/00   --    Sentencing  held Charles Llewlyn (1) count(s) 1 (wc)
                [Entry date 09/29/00]

9/28/00   166   ORDER as to Charles Llewlyn  denying [164-1] motion to
                Withdraw Plea of Guilty ( Signed by Judge Donald M.
                Middlebrooks on 9/28/00) CCAP [EOD Date: 9/29/00] CCAP❋ (wc)
                [Entry date 09/29/00]

                *Vol. 1 Cont'd*

9/28/00   167   Minutes of Sentencing held on 9/27/00  before Judge Donald
                M. Middlebrooks as to Charles Llewlyn ;  Court Reporter
                Name or Tape #: Roger Watford (wc) [Entry date 09/29/00]

9/28/00   168   JUDGMENT as to Charles Llewlyn (1) count 1 - Imprisonment
                for a term of 110 months. Supervised release for a period
                of 3 years.  Assessment of $100.00.;  count 2 -  Dismissed
                ( Signed by Judge Donald M. Middlebrooks on 9/28/00) CCAP
                [EOD Date: 9/29/00]  CCAP (wc) [Entry date 09/29/00]

9/28/00   170   ORDER as to Charles Llewlyn granting [159-1] motion for
                Philip Horowitz to withdraw as attorney (Terminated:
                attorney Philip Robert Horowitz for Charles Llewlyn as to
                Charles Llewlyn (1), granting [159-2] motion for
                appointment of counsel for appellate purposes as to Charles
                Llewlyn (1) appointing Mark G. Hanson for purposes of
                appeal. (Signed by Judge Donald M. Middlebrooks on 9/28/00)
                CCAP [EOD Date: 10/2/00] CCAP❋ (sn) [Entry date 10/02/00]

9/29/00   --    NOTICE of Receipt of Transmittal Letter from USCA as to
                Christopher Gilbourne  Re: [155-1] appeal  USCA Number:
                00-13377-F (sn) [Entry date 10/02/00]

9/29/00   169   NOTICE OF APPEAL by Charles Llewlyn re: [168-1] judgment
                order.  EOD Date: 9/29/00; Charles Llewlyn (1) count(s) 1;
                FILING FEE: FEE NOT PAID; Copies to USCA, AUSA, USM, USPO
                and Counsel of Record. (sn) [Entry date 10/02/00]

10/2/00   --    Certified copies of Notice of Appeal, Docket and Order
                under appeal to USCA: as to Charles Llewlyn [169-1] appeal
                (sn) [Entry date 10/02/00]

10/2/00   171   NOTICE of intent to appeal by Charles Llewlyn - appeal
                previously filed 9/29/00 [169-1] (sn) [Entry date 10/03/00]

10/3/00   172   RENEWED MOTION by Charles Llewlyn to Withdraw Plea of
                Guilty (wc) [Entry date 10/04/00]

Proceedings include all events.                                              AEV
0:00cr6022-ALL USA v. Llewlyn                                        CLOSED APPEAL

10/5/00   173    ORDER as to Charles Llewlyn  denying [172-1] motion to
                 Withdraw Plea of Guilty ( Signed by Judge Donald M.
                 Middlebrooks on 10/4/00) CCAP [EOD Date: 10/6/00] CCAP⚹ (wc)
                 [Entry date 10/06/00]

10/5/00   174    ORDER as to Edward Dany granting Government's Oral Motion
                 to continue  reset Sentencing for 4:30 10/26/00 before
                 Judge Donald M. Middlebrooks ( Signed by Judge Donald M.
                 Middlebrooks on 10/5/00) CCAP Date: 10/6/00] CCAP⚹ (wc)
                 [Entry date 10/06/00]

10/6/00   175    TRANSCRIPT INFORMATION FORM as to Charles Llewlyn  re:
                 [169-1] appeal received. (Forwarded to Court Reporter
                 Coordinator) (sn) [Entry date 10/10/00] *Vol. 1 Contd*

10/10/00  176    PRO SE MOTION by Charles Llewlyn for Return of Property as
                 to 2 sets of cash, $1,757 and $9,000, keys, wallet, diary
                 and $10 English pound (wc) [Entry date 10/11/00]

10/10/00  177    ORDER OF REFERENCE referring Motion(s)  to Magistrate Ted
                 E. Bandstra as to Charles Llewlyn : [176-1] motion for
                 Return of Property as to 2 sets of cash, $1,757 and $9,000,
                 keys, wallet, diary and $10 English pound  ( Signed by
                 Judge Donald M. Middlebrooks on 10/10/00) CCAP [EOD Date:
                 10/11/00]  CCAP (wc) [Entry date 10/11/00]

10/13/00  178    Appeal Information Sheet as to Charles Llewlyn re: [169-1]
                 appeal Transcript due 11/11/00 for pretrial proceedings on
                 5/11/00 and sentence on 9/6/00 & 9/27/00. (sn)
                 [Entry date 10/17/00]

10/13/00  --     NOTICE of Receipt of Transmittal Letter from USCA as to
                 Charles Llewlyn  Re: [169-1] appeal  USCA Number:
                 00-15230-F (sn) [Entry date 10/17/00]

10/17/00  179    ORDER as to Charles Llewlyn that the US file a written
                 response to the Defendant's Pro Se Motion for Return of
                 Property  within 10 days of the date of this Order ( Signed
                 by Judge Donald M. Middlebrooks on 10/17/00) CCAP [EOD
                 Date: 10/18/00] CCAP⚹ (wc) [Entry date 10/18/00]

10/20/00  (180)  TRANSCRIPT INFORMATION FORM as to Douglas McCloud re:
                 [156-1] appeal received. (Forwarded to Court Reporter
                 Coordinator) (sn) [Entry date 10/23/00]

10/25/00  181    OBJECTION by Edward Dany  to Presentence Investigation
                 Report (wc) [Entry date 10/25/00]

10/25/00  182    EMERGENCY MOTION by Dorrel Bryan to continue Sentencing (wc)
                 [Entry date 10/25/00]

10/25/00  183    MOTION by Dorrel Bryan to determine competency of
                 defendant (wc) [Entry date 10/25/00]

Proceedings include all events.                                        AEV
0:00cr6022-ALL USA v. Llewlyn                                  CLOSED APPEAL

10/25/00 184    ORDER as to Dorrel Bryan denying [183-1] motion to
                determine competency of defendant, denying [182-1] motion
                to continue Sentencing ( Signed by Judge Donald M.
                Middlebrooks on 10/25/00) CCAP [EOD Date: 10/26/00] CCAP※
                (wc) [Entry date 10/26/00]

10/25/00 185    RESPONSE by USA  as to Charles Llewlyn re [176-1] motion
                for Return of Property as to 2 sets of cash, $1,757 and
                $9,000, keys, wallet, diary and $10 English pound (wc)
                [Entry date 10/26/00]

10/25/00 186    OBJECTIONS and Addendum by Dorrel Bryan  to Presentence
                Investigation Report (wc) [Entry date 10/26/00]

10/26/00 187    MOTION by Christopher Gilbourne to extend time to file
                motion to withdraw as counsel (sn) [Entry date 10/30/00]

10/26/00 --     Sentencing  held Edward Dany (4) count(s) 1, Dorrel Bryan
                (5) count(s) 1 (sp) [Entry date 11/01/00] *Vol. / Cont'd*

10/26/00 --     Sentencing  held (sp) [Entry date 11/01/00]

10/27/00 188    Minutes of Sentencing held on 10/26/00  before Judge Donald
                M. Middlebrooks as to Dorrel Bryan ;  Court Reporter Name
                or Tape #: Roger Watford (wc) [Entry date 10/31/00]

10/27/00 189    Minutes of Sentencing held on 10/26/00  before Judge Donald
                M. Middlebrooks as to Edward Dany ;  Court Reporter Name or
                Tape #: Roger Watford (wc) [Entry date 10/31/00]

10/27/00 190    JUDGMENT as to  Edward Dany (4) count(s) 1.  Seventy-eight
                (78) months imprisonment; 3 years supervised release, $100
                assessment  ( Signed by Judge Donald M. Middlebrooks on
                10/26/00) CCAP [EOD Date: 11/1/00]  CCAP (sp)
                [Entry date 11/01/00]

10/27/00 191    JUDGMENT as to  Dorrel Bryan (5) count(s) 1.  Eighty-seven
                (87) months imprisonment; 3 years supervised release; $100
                assessment. ( Signed by Judge Donald M. Middlebrooks on
                10/26/00) CCAP [EOD Date: 11/1/00] CCAP (sp)
                [Entry date 11/01/00]

11/2/00  192    ORDER as to Charles Llewlyn  denying [176-1] motion for
                Return of Property as to 2 sets of cash, $1,757 and $9,000,
                keys, wallet, diary and $10 English pound.  Defendant shall
                have leave to refile, within 10 days of the date of this
                Order, this motion with proof of a claim being filed for
                the subject property within the allowable time period. (
                Signed by Magistrate Ted E. Bandstra on 11/2/00) CCAP [EOD
                Date: 11/2/00] CCAP※ (wc) [Entry date 11/02/00]

11/3/00  193    FURTHER MOTION by Christopher Gilbourne for David P. Rowe
                to withdraw as attorney (wc) [Entry date 11/06/00]

Docket as of December 15, 2000 3:03 pm                        Page 28

Proceedings include all events.                                          AEV
0:00cr6022-ALL USA v. Llewlyn                                    CLOSED APPEAL

11/6/00   194   NOTICE OF APPEAL by Edward Dany re: [190-1] judgment order
                . EOD Date: 11/1/00; Edward Dany (4) count(s) 1;  Filing
                Fee: $ (FEE NOT REQUIRED CJA); Copies to USCA, AUSA, USM,
                USPO and Counsel of Record. (nc) [Entry date 11/07/00]

11/6/00   195   NOTICE OF APPEAL by Dorrel Bryan re: [191-1] judgment order
                . EOD Date: 11/1/00; Dorrel Bryan (5) count(s) 1;  Filing
                Fee: $ (FEE NOT REQUIRED CJA); Copies to USCA, AUSA, USM,
                USPO and Counsel of Record. (nc) [Entry date 11/07/00]

11/6/00   --    Certified copies of Notice of Appeal, Docket and Order
                under appeal to USCA: as to Dorrel Bryan [195-1] appeal (nc)
                [Entry date 11/07/00]                    *Vol. 1 Cont'd*

11/7/00   --    Certified copies of Notice of Appeal, Docket and Order
                under appeal to USCA: as to Edward Dany [194-1] appeal (nc)
                [Entry date 11/07/00]

11/7/00   196   Judgment Returned Executed as to Douglas McCloud on 10/6/00
                at FCI Loretto, PA (wc) [Entry date 11/08/00]

11/7/00   197   APPEAL INFORMATION SHEET as to Douglas McCloud re: [156-1]
                appeal; Transcript ordered. No financial arrangements made
                with Court Reporter. (sn) [Entry date 11/08/00]

11/7/00   198   ORDER as to Christopher Gilbourne  denying [193-1] motion
                for David P. Rowe to withdraw as attorney ( Signed by Judge
                Donald M. Middlebrooks on 11/7/00) CCAP [EOD Date: 11/9/00]
                CCAP (wc) [Entry date 11/09/00]

11/13/00  199   Appeal Information Sheet as to Douglas McCloud re: [160-1]
                appeal, [156-1] appeal Transcript due 12/8/00 for sentence
                on 9/6/00 (Court Reporter Watford) (sn)
                [Entry date 11/15/00]

11/17/00  200   TRANSCRIPT filed as to Charles Llewlyn of change of plea
                hearing held 5/11/00 before Judge Donald M. Middlebrooks
                Pages: 1-22  re: [169-1] appeal. (sn) [Entry date 11/20/00]

11/17/00  201   TRANSCRIPT filed as to Charles Llewlyn of sentencing
                hearing held 9/6/00 before Judge Donald M. Middlebrooks
                Pages: 1-25  re: [169-1] appeal. (sn) [Entry date 11/20/00]

11/17/00  202   TRANSCRIPT filed as to Charles Llewlyn of continued
                sentencing hearing held 11/17/00 before Judge Donald M.
                Middlebrooks Pages: 1-21 re: [169-1] appeal. Appeal record
                due on 12/2/00 for Charles Llewlyn (sn)
                [Entry date 11/20/00]

11/17/00  203   Appeal Information Sheet as to Charles Llewlyn re: [169-1]
                appeal. 3 transcripts for 5/11/00, 9/6/00 & 9/27/00 filed.
                (sn) [Entry date 11/20/00]

```
Proceedings include all events.                                      AEV
0:00cr6022-ALL USA v. Llewlyn                               CLOSED APPEAL
```

11/20/00 204    TRANSCRIPT INFORMATION FORM as to Charles Llewlyn  re:
                [169-1] appeal received. (Forwarded to Court Reporter
                Coordinator) (sn) [Entry date 11/22/00]

11/22/00 --     NOTICE of Receipt of Transmittal Letter from USCA as to
                Edward Dany  Re: [194-1] appeal  USCA Number: 00-13377-F (ga)
                [Entry date 11/27/00]

11/22/00 --     NOTICE of Receipt of Transmittal Letter from USCA as to
                Dorrel Bryan  Re: [195-1] appeal  USCA Number: 00-13377-F
                (ga) [Entry date 11/27/00]

                                                        *Vol. 1 Cont'd*

11/27/00 205    CJA 24 as to Charles Llewlyn Authorization to Pay Amount: $
                201.00 for Transcript Voucher # FLST2000549 (Signed by
                Judge Donald M. Middlebrooks on 11/17/00) CCAP [EOD Date:
                12/7/00] (sn) [Entry date 12/07/00]

12/5/00 206     Appeal Information Sheet as to Edward Dany re: [194-1]
                appeal Transcript due 1/4/01 for trial on 5/11-5/17/00
                (Watford) (sn) [Entry date 12/07/00]

_____

12/11/00 207    TRANSCRIPT filed as to Douglas McCloud  of sentencing
                hearing held 9/6/00  before Judge Donald M. Middlebrooks
                Pages: 1-9 re: [160-1] appeal, [156-1] appeal. Appeal
                record due on 12/26/00 for Douglas McCloud (sn)
                [Entry date 12/11/00]
                                                        *Vol. #2*

_____

12/11/00 208    Appeal Information Sheet as to Douglas McCloud re: [160-1]
                appeal, [156-1] appeal.  Transcript for 9/6/00 filed. (sn)
                [Entry date 12/11/00]

                                                *End of Vol. 1*

_____

# U.S.D.C. CASE #  <u>00-06022-CR</u>

# U.S.C.A. CASE #  <u>00-14903-F</u>

**This Record on Appeal also contains a sealed Pre-Sentence Report/PSI for the following defendant(s):**

<u>**DOUGLAS MCCLOUD**</u>