# United States Court of Appeals
Eleventh Circuit
56 Forsyth Street, N.W.
Atlanta, Georgia 30303

**Thomas K. Kahn**
Clerk

Rec'd in MIA Dkt 7/9/01

In Replying Give Number
Of Case And Names of Parties

June 26, 2001

Clarence Maddox
Clerk, U.S. District Court
301 N. Miami Avenue
Miami FL 33128

RE: 00-14903-FF    USA v. Douglas McCloud
DC DKT NO.:  00-06022 CR-DMM

JUL 0 6 2001
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

The enclosed certified copy of the judgment and a copy of this court's opinion are hereby issued as the mandate of this court.

Also enclosed are the following:
- Original Exhibits, consisting of: one psi.
- Original record on appeal or review, consisting of: two volumes.

Please acknowledge receipt on the enclosed copy of this letter.

A copy of this letter and the judgment form, but not a copy of the court's opinion or Rule 36-1 decision, is also being mailed to counsel and pro se parties. A copy of the court's opinion or Rule 36-1 decision was previously mailed to counsel and pro se parties on the date it was issued.

Sincerely,

THOMAS K. KAHN, Clerk

Reply To: Tresa Davis (404) 335-6148

Encl.

(2) Vol Pleadings
(4) Vol Transcripts
(1) PSI

MDT-1 (1-2001)

# United States Court of Appeals
For the Eleventh Circuit

No. 00-14903

District Court Docket No.
00-06022-CR-DMM

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
May 25, 2001
THOMAS K. KAHN
CLERK

UNITED STATES OF AMERICA,

        Plaintiff-Appellee,

versus

DOUGLAS MCCLOUD,

        Defendant-Appellant.

---

Appeal from the United States District Court
for the Southern District of Florida

---

JUDGMENT

It is hereby ordered, adjudged, and decreed that the attached opinion, included herein by reference, is entered as the judgment of this Court.

        Entered:  May 25, 2001
For the Court:  Thomas K. Kahn, Clerk
           By:  McCombs, Elaine

ISSUED AS MANDATE
JUN 2 6 2001
U.S. COURT OF APPEALS
ATLANTA, GA

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

Deputy Clerk
Atlanta, Georgia

[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT

MAY 2 5 2001

THOMAS K. KAHN
CLERK

No. 00-14903
Non-Argument Calendar

D. C. Docket No. 00-06022-CR-DMM

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

DOUGLAS MCCLOUD,

Defendant-Appellant.

Appeal from the United States District Court
for the Southern District of Florida

(May 25, 2001)

Before CARNES, BARKETT and MARCUS, Circuit Judges.

PER CURIAM:

We decline Douglas McCloud's invitation to reconsider the question of whether

Apprendi v. New Jersey, 530 U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000),

applies to the sentencing guideline. We affirm on the basis of <u>United States v. Harris</u>, 244 F 3d 828 (11th Cir. 2001).

Affirmed.

A True Copy - Attested:
Clerk, U.S. Court of Appeals,
Eleventh Circuit

[signature]
Deputy Clerk
Atlanta, Georgia